# United States Bankruptcy Court
## District of Connecticut

In re  **Spectrum Healthcare Derby, LLC**

Debtor(s)

Case No.   16-21636

Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX DELETED CREDITORS

I, Sean Murphy, the Chief Financial Officer of the corporation named as the debtor in this case, hereby verify that the attached list of deleted creditors is true and correct to the best of my knowledge.

Date:   October 19, 2016

/s/Sean Murphy

Sean Murphy

Aaa Nursing Care  Llc
3303 Main Street
Stratford, CT 06614


Aanac
1873 S Bellaire Street
Suite 800
Denver, CO 80222-4307


Aarp Medicarerx Preferred
PO Box 5840
Carol Stream, IL 601975840


Activity DirectorS Comp
PO Box 802
Dayton, OH 45401-0802


Adaptations By Adrian
PO Box 7
San Marcos, CA 92079


Aetna Ambulance Service  Inc
Po Box 1150
Manchester, CT 06045


Agency On Aging Of South Central Ct
1 Long Wharf Drive
New Haven, CT 06511


Akzo Nobel Paints
21033 Network Place
Chicago, IL 60673


Alan J Malitz  Md  P C
284 Broad St
Milford, CT 06460

Alco Sales Service
6851 High Grove Boulevard
Burr Ridge, IL 60527


Alfred Leone
83 Cedar Knolls Dr
Branford, CT 06418


Alimed  Inc
PO Box 9135
Dedham, MA 02027-9135


Allcare Nursing Services
PO Box 27421
New York, NY 10087-7421


Allston Supply Co  Inc
PO Box 4628
2220 Main Street
Springfield, MA 01101


Alpha Med  Inc
315B 4Th Street
Lakewood, NJ 08701


Altcfm
95 West Street
Altcfm Office
Rocky Hill, CT 06067


AlzheimerS Association  Connecticut Cha
2075 Silas Deane Highway
Suite100
Rocky Hill, CT 06067


Am Assoc Of Notaries
PO Box 630601
Houston, TX 77263

Ambulance Service Of Manchester LLC
PO Box 300
Manchester, CT 06045-0300


American Business Forms
PO Box 1450
Nw 7794
Minneapolis, MN 55485-7794


American Sol For Bus
PO Box 1450
Nw 7794
Minneapolis, MN 55485-7794


Ameriderm Lab Ltd
126 Pennsylvania Ave
Paterson, NJ 07503


Amy Davidson
1225 Stratford Rd
Stratford, CT 06615


Andrew M Rashkow  M D
PO Box 609
Account Billing Dept
Southington, CT 06489


Anita Green
49 Fresh Meadow Road
West Haven, CT 06516


Ann Dififlia
26 Beebe Road
East Haddam, CT 06423

Anna Martin
210 Chatfield St
Derby, CT 06418


Anthony Spigarolo
10 Murray St
Ansonia, CT 06401


Arch Wireless
PO Box 4062
Woburn, MA 01888-4062


Arne Johnson
62 Martinka Dr
Shelton, CT 06484


Art Horn
185 Pine St 308
Manchester, CT 06040


Assessment Systems  Inc
PO Box 13046
Philadelphia, PA 19101-3046


Assumption School
51 North Cliff St
Ansonia, CT 06401


Atlas Healthcare
Po Box 41047
Baton Rouge, LA 70835


ATT Advertising Solutions
PO Box 5010
Carol Stream, IL 60197-5010

ATT Global Customer Care Cent
1100 Walnut
Floor 16 So
Kansas City, MO 64106


ATT Global Services  Inc
PO Box 8102
Aurora, IL 60507-8102


Audio Educator
The Coding Institute
2222 Sedwick Drive
Durham, NC 27713


Audrey Gela
35 Stygar Terrace
Derby, CT 06418


Audrey Severa
C/O Attorney Katrina Camera
525 Bridgeport Ave
Shelton, CT 06484


Automated Logic Connecticut Service
23 Village Lane
Suite 17
Wallingford, CT 06492


Avondale Badge Company
PO Box 37209
Jacksonville, FL 32236-7209


Berkshire Engineering
143 Bantam Lake Road
Bantam, CT 06750

Bernard Hoffmann Assoc
3825 W Green Tree Rd
Milwaukee, WI 53209


Bershire Engineering
28 A Russell Street
Litchfield, CT 06759


Biometrics
115 Technology Drive
Suite Cp 102
Trumbull, CT 06611


Birmingham Health Center
210 Chatfield Street
Derby, CT 06418


BJ Electric Motor Repair
30 Maple Street
Ansonia, CT 06401


Bob Anderson
676 Saybrook Rd
Middletown, CT 06457


BobS 1
12 Commercial Street
Branford, CT 06405


Brian Gillie
42 Blackfoot Ct
Guilford, CT 06437


Bridgeport Anesthesia Assoc
7365 Main St
Ste 310
Stratford, CT 06614-1300

Bridgeport Health Care Cr
600 Bond Street
Bridgeport, CT 06610


Bridgeport Hospital
PO Box 8086
New Haven, CT 06530-0086


Bridgeport Radiological Associates  LLC
PO Box 9137
Brookline, MA 02446


Briggs Corp
PO Box 1355
Des Moines, IA 50305-1355


Bruce Hazard
101 Hilltop Road
Cheshire, CT 06410


Bruce Stetson
C/O Birmingham Health Center
210 Chatfield Street
Derby, CT 06418


Bruce T Brennan  Md
22 Westfield Avenue
Ansonia, CT 06401


Builders Hardware
PO Box 330345
West Hartford, CT 06133-0345


Burgess Health Associates
Dba Healtrac
Po Box 8000 518
Buffalo, CT 14267

CafaroS Ceramics
46 Clifton Ave
Ansonia, CT 06401


Calderon Textiles
PO Box 1627
Accts Receivable
Indianapolis, IN 46204-1627


Cardiac Diagnostic Svs
4807 Rockside Rd
Suite 610
Independence, OH 44131


Cardiac Specialists
1305 Post Road
Fairfield, CT 06824


Cardiovascular Spec Of Southbury
30 Quaker Farms Road
Southbury, CT 06488-2732


Carrstar Industries
PO Box 1146
Avondale, AZ 85323


Ch IN Cal Gas Products  Inc
66 Leonardo Drive
North Haven, CT 06473


Charles Maturo
85 Viscount Dr 6D
Milford, CT 06460

Chemsearchfe
23261 Network Place
Chicago, IL 60673-1232


Chris Merwin
18 Locust Dr
Mahopac, NY 10541


Chubb Fire Security Ny Inc
PO Box 417124
Boston, MA 02241-7124


Cintas
PO Box 630803
Cincinnati, OH 45263-0803


Cintas Corporation 701
PO Box 630803
Cincinnati, OH 45263-0803


Clia Laboratory Program
PO Box 70948
Ms 12 Hsr
Charlotte, NC 28272-0948


Coactiv Capital Partners  Llc
655 Business Center Drive
Ste 250
Horsham, PA 19044


Code Blue Staffing Sol
PO Box 53097
C/O Wells Fargo
Phoenix, AZ 85072


Comcast Spotlight
PO Box 415949
Boston, MA 02241-5949

Commonwealth Annuity And Life Ins Co
PO Box 83047
Lincoln, NE 68501-3047


Connecticut Post
PO Box 40000
Dept 0393
Hartford, CT 06151


Connecticut Radiology As
PO Box 30231
Hartford, CT 06150-0231


Connecticut Retina Consultants LLC
46 Prince St
Suite 402A
New Haven, CT 06519


Cornerstone Med Srvs  LLC
115 Hurley Road 6C
Oxford, CT 06478


Creative Artists  Ltd
430 E Broad St
Rm 222
Bethlehem, PA 18018


Crest Health Care
PO Box 727
195 South Third Street
Dassel, MN 55325-0727


CT Academy Of Nutrician And Dietetics
68 Chase Hollow Lane
Glastonbury, CT 06033

CT Heart Vascular Centr
2979 Main St
Bridgeport, CT 06606


CT Lpn Assn Publication
508 Washington Street
PO Box 97
Cedar Falls, IA 50613-0097


CT Mobile Diagnostic Ser
249 W Main St
Building C  Unit 3
Branford, CT 06405


CT Multispecialty Group
PO Box 587
Rocky Hill, CT 06067-0587


Czepiga Daly Dillman LLC
48 Christian Lane
Newington, CT 06111


D Dubaldo Electric
44 Purnell Place
Manchester, CT 06040


Dan Gardella
72 Greystone Road Ext
Plymouth, CT 06782


Dana Edward Eischen  Attorney At Law
PO Box 730
Spencer, NY 14883-0730


David A Devonshuk
7 Hill St
Seymour, CT 06483

David J Martin
1739 Foxon Rd
North Branford, CT 06471


David Livingstone
181 East Main Street
Regency House
Wallingford, CT 06492


Day Mark Food Safety
PO Box 1065
Bowling Green, OH 43402-1065


Department Of Veterans Affairs
PO Box 530269
Atlanta, GA 30353-0269


Derby Glass Company  Inc
137 Mohawk Ave Extension
PO Box 303
Derby, CT 06418


Derby Probate Court
253 Main St
2Nd Fl
Ansonia, CT 06401


Diag Hema Lab Med Onc
19 Lunar Dr
Woodbridge, CT 06525


Direct Supply  Inc
Box 88201
Milwaukee, WI 53288-0201

Dol Osha
Us Dept Of Labor Occup Safety H Admin
1057 Broad St
Bridgeport, CT 06604


Dorothy Gorup
62 Martinka Dr
Shelton, CT 06484


Dr M Koneswaren
21 Huntington Plaza
Huntington, CT 06484


Drug Enforcement Administration
Attn Odr
Po Box 2639
Springfield, VA 22152-2639


Eagle Environmental  Inc
481 North Main Street
Bristol, CT 06010


Eagle Leasing Company
PO Box 923
Orange, CT 06477-0923


East Coast Plumbing Drain Cleaning Inc
13 Cherry St
Milford, CT 06460


Eastern Bag Paper
PO Box 460
Hartford, CT 06141-0460


Eastern Bag Paper Com
PO Box 460
Hartford, CT 06141

Echo Hose Ambulance
PO Box 213
Shelton, CT 06484


Ehsan Qadir  Md
22 Westfield Ave
Unit 1
Ansonia, CT 06401


Eileen Wooster
C/O Birmingham Health Center
210 Chatfield Street
Derby, CT 06418


Electrical Wholesalers In
151 Walnut Street
Hartford, CT 06120-2890


Element Financial Corporation
655 Business Center Drive
Suite 250
Horsham, PA 19044


Elizabeth Santus
416 Butternut Ct
Orange, CT 06477


Elizabeth Simonetti
Marshall Lane Manor
101 Marshall Lane
Derby, CT 06418


Elliott Ins Group Travelers
PO Box 15
Plantsville, CT 06479

Emed Company Inc
PO Box 369
Buffalo, NY 14240


Emily Yoder
91 Lazy Brook Road
Monroe, CT 06468


Enduracare
PO Box 53064
Phoenix, AZ 850723064


Environmental Serv Inc
90 Brookfield Street
South Windsor, CT 06074


Eric Buggie Music
20 Elizabeth St
West Haven, CT 06516


Erin Baumgart
20 North Pearl Street
Rhythm Of Life
Meriden, CT 06450


Erin Hutchinson
20 North Pearl Street
Rhythm Of Life
Meriden, CT 06450


Estate Of Gladys Cirillo
C/O Joseph Cirillo
55 Great Hill Road
Seymour, CT 06483

Estate Of Mavis Dougherty
C/O Katrina Camera Attorney
525 Bridgeport Ave
Shelton, CT 06484


Evelyne Makany
18 Valley St
Wallingford, CT 06492


Excel Nursing Services
83 North Monson Rd
Hampden, MA 01036


Eyemann Publications
PO Box 3577
Reno, NV 89505


Ezproducts
PO Box 1289
Wauchula, FL 33873


Farm On Wheels
9 Spring Road
Prospect, CT 06702


Fastaff  Inc
Dept 1452
Denver, CO 80291-1452


Fedex
PO Box 371461
Pittsburgh, PA 15250-7461


Fff Enterprises  Inc
41093 County Center Drive
Temecula, CA 92591

Five O Staffing
1128 Pennsylvania Ne
Suite 110
Albuquerque, NM 87110


Fpf  Inc Dba
PO Box 17600
1 Iron Commercial Premium
Denver, CO 80217-0600


Frank Sicisco
79 Beardslsy Pkwy
Trumbull, CT 06611


Fred Pryor Seminars
Po Box 219468
Kansas City, MO 64121-9468


Frederick F Ward  Ii
433 South Main Street
Suite 101
West Hartford, CT 06110


Frederick Rohwedder  Dmd
245 West Street
Route 67
Seymour, CT 06483


Freiberg Press  Inc
2302 West 1St Street
Po Box 612
Cedar Falls, IA 50613


Fuller Office Furniture
131 Pitkin Street
East Hartford, CT 06108

G Neil Corporation
PO Box 451179
Sunrise, FL 33345-1179


GA Wholesale Fruit Prod
PO Box 3838
Woodbridge, CT 06525


Garelick Farms
124 Grove Street
Suite 100
Franklin, MA 02038-0289


Gary Grimm Associates
82 South Madison
PO Box 378
Carthage, IL 62321


Gary Stabile
56 Timothy Road
Naugatuck, CT 06770


GaryS East Coast Service
PO Box 589
64 Center Street
Shelton, CT 06484


Gastroenterology Spec
22 Westfield Ave
Ansonia, CT 06401


Gaylord Hospital  Inc
Box 400
Wallingford, CT 06492


Gcs Service  Inc
302 Murphy Road
Hartford, CT 06114

Gdf Suez Energy Resources Na
PO Box 25237
Lehigh Valley, PA 18002-5237


Ge Information Service
PO Box 640371
Pittsburgh, PA 15264


Gene Matera
15 Church Tavern Road
South Salem, NY 10590


General Laparoscopic Surgical Assoc
300 Seymour Ave
Derby, CT 06418


Genesis Eldercare Staff
2 Southbridge Dr
Ste 1B
Agawam, MA 01001


Genesis Healthcare
515 Fairmount Ave
Towson, MD 21286


Genesis Rehab Services
515 Fairmount Avenue
C/O Dwayne Edwards 10Thfl
Towson, MD 21286


George Gandy
377 Eddy Glover Blvd
New Britain, CT 06053

Gina Rupp
24 Swendsen Dr
Monroe, CT 06468


GlazierS Conval Shop Sr
77 Woodland Street
Manchester, CT 06040


Global Equipment Company
PO Box 5200
Suwanee, GA 30024


Globe Knudsen Corp
1399 State Street
New Haven, CT 06511-2753


Globe Sanitary Products
5601 Paschall Avenue
Philadelphia, PA 19143


Goff Wilson Prof Assoc
One Capitol Street
PO Box 347
Concord, NH 03302-0347


Golden Follies
258 Dewey Street
Stratford, CT 06511


Gordon O Holder  Dds
971 Marshall Phelps Rd
Windsor, CT 06095


Graham Field Health Produ
PO Box 932768
Atlanta, GA 31193-2768

Grainger
Dept 830068912
Palatine, IL 60038-0001


Grainger Parts
1657 Shermer Road
Northbrook, IL 60062-5362


Grand Lehigh Inc
65 E Bethpage Road Ste 400
Plainview, NY 11803


Great Events Publishing
135 Dupont Street
PO Box 760
Plainview, NY 11803-0760


Great Oak Middle School
50 Great Oak Rd
Oxford, CT 06478


Greater Bpt St PatSday
173 Dexter Drive
Bridgeport, CT 06606


Greater Hartford Textile
41 Fourth St
New London, CT 06320


Griffin Anesthesia Assoc
60 Maple Avenue
Derby, CT 06418


Griffin Hospital Development Fund  Inc
130 Division St
Derby, CT 06418

Griffin Pathology Cons  PC
21 Cocasset Street
Foxboro, MA 02035-2995


Grizzly
PO Box 2069
Bellingham, WA 98227


Groton Computer Group
441 Long Hill Road
Suite 22A
Groton, CT 06340


Guida Dairy
PO Box 936
New Britain, CT 06050


Gulf South Medical Supply
PO Box 841968
Dallas, TX 75284-1968


Ha Foodservice Equipment
47 Railroad Avenue
West Haven, CT 06516


Hallsmith Sysco
380 South Worcester St
Norton, MA 02766


Hanger Inc
181 Patricia M Genova Dr
Newington, CT 06111


Harbor Linen
PO Box 3510
Cherry Hill, NJ 08034

Harbor Sales Corporation
PO Box 3824
Cherry Hill, NJ 08034


Hartford Hospital Professional Svcs
PO Box 415933
Boston, MA 02241-5933


Hartford Provision Co
PO Box 1228
South Windsor, CT 06074


Hartford Stamp Works
201 Locust Street
Po Box 91
Hartford, CT 06101


Health Care Prop Inv  Inc
4675 Macarthur Court
9Th Floor
Newport Beach, CA 92660


Health Net Of Conn   Inc
PO Box 30626
Hartford, CT 06150


Healthcare Consultation
130 West Rocks Road
Norwalk, CT 06851


Healthcare Information Network
Po Box 147
Liverpool, NY 13088


Healthdrive
85 Barnes Road
Suite 207
Wallingford, CT 06492

Healthdrive Audiology
25 Needham Street
Newton, MA 02461


Healthpro Management Svs
10600 York Rd
Suite 105
Cockeysville, MD 21030-2304


Healthtrac
Po Box 8000 518
Buffalo, CT 14267


Healthtrac Burgess Health
PO Box 8000 518
Dba Healthtrac
Buffalo, NY 14267-8000


Healthy Advice Communications
11408 Otter Creek South Road
Mabelvale, AR 72103


Hearst Ct Post
PO Box 33767
Bpt Advertising
Hartford, CT 06150-3767


Heart Specialists Pc Of Southern CT
4 Corporate Dr
Suite 100
Shelton, CT 06484-6266


Heaton Publications
600 College Street
Albertville, AL 35950

Heidi Grinsfelder
10 Frederick Road
West Hartford, CT 06119


Henry Young
584 Main St
Apt 101
West Haven, CT 06516


Hess Corporation
PO Box 905243
Charlotte, NC 28290-5243


Hewlett Packard Company
PO Box 75629
Charlotte, NC 28275-5629


Hewlett Packard Fin Svs
PO Box 403265
Atlanta, GA 30384-3265


Hill Rom Company  Inc
PO Box 643592
Pittsburgh, PA 15264-3592


Hin Healthcare Information Nt
PO Box 147
Liverpool, NY 13088


Hobart Corp
14 Airport Park Road
E Granby, CT 06026


Hocon Gas
20 Railroad Hill Street
Waterbury, CT 06708

Home Depot Credit Service
PO Box 6029
Dept 32   2004126672
The Lakes, NV 88901-6029


Home Depot Supply Facilities Maint Ltd
PO Box 509058
San Diego, CA 92150-0958


Hometown Publications
PO Box 371
Waupaca, WI 54981


Horizon Hcs  Inc
Po Box 7288
Duluth, MN 55807


Housatonic Ortho Med Ctr
111 Wakelee Avenue
Ansonia, CT 06401


Howard W Dickstein
111 Boulder Crest Lane
Vernon, CT 06066


Hsr Nursing Staff
1450 Chapel Street
New Haven, CT 06511


Hudson Seating And Mobility
151 Rockwell Avenue
Newington, CT 06111


Humana Inc
Po Box 931655
Atlanta, GA 31193-1655

Humana Insurance Co
PO Box 21091
New York, NY 10286-2091


Huntington Medical Assoc
21 Huntington Plaza
Shelton, CT 06484


Huntington Power
8 Algonkin Road
Shelton, CT 06484


Ibp
PO Box 1829
Santa Rosa, CA 95402


Ici Paints
76 Glenwood Avenue
Bridgeport, CT 06610


Icnc
C/O Mrs Mary Celella  Rn
318 South End Road
Plantsville, CT 06479


Icnc  New Haven Chapter
C/O Mrs Mary Celella
318 South End Road
Plantsville, CT 06479


Id Cards
PO Box 37209
Jacksonville, FL 32236-7209


Ignace Palumbo
3 Farrell Drive
Ansonia, CT 06401

Ikon Financial Services
PO Box 41564
Philadelphia, PA 19101-1564


Imagistics InternL Inc
PO Box 856193
Facsimile Lockbox
Louisville, KY 40285-6193


Imagistics IntnL Inc
PO Box 856193
Copier Lockbox
Louisville, KY 40285-6193


Independent Mat Test Lab
57 N Washington Street
PO Box 745
Plainville, CT 06062


Industrial Health Care
1060 Dayhill Road
Windsor, CT 06095


Industrial Medical Center
226 Mill Hill Avenue
Bridgeport, CT 06610


Inpro Corporation
5131 Paysphere Circle
Chicago, IL 60674


Inr
PO Box 5757
Concord, CA 94524-0757

Integrity Piano Service
28 Greenwood Circle
Seymour, CT 06483


Interstate Brands Corp
PO Box 415641
Boston, MA 02241


Interstate Fire Safety
8 Oak Street West
Greenwich, CT 06836


Interstate Restaurant Equ
PO Box 3030
Manchester, NH 03105


Interstate Restoration  LLC
3401 Quorum Dr Ste300
Fort Worth, TX 76137


IntL Rest Foodsrv Show
PO Box 465
Brrokfield, IL 60513-0465


Invacare Outcomes Management
Po Box 534566
Atlanta, GA 30353-4566


Invacare Supply Group
PO Box 642878
Pittsburgh, PA 15264-2878


Invacare Supply Group
PO Box 642878
Pitisburgh, PA 15264-2878

Irene Patrick
159 Quaker Farm Road
Oxford, CT 06478


Irwin Laurencelle
794 Revvy Patch Way
Southington, CT 06489


Istituto Centrale Delle
PO Box 78000
Detroit, MI 48278-0601


Ivans
PO Box 850001
Church Street Station
Orlando, FL 32885-0033


J D Gersen
43 Glen Hollow Drive
Monroe, CT 06468


Jack Finkelstein  M D
40 Gay Street
Sharon, CT 06069


Jack Judge
69 OConnell Rd Ext
Dba Judge Pro Tech Llc
Colchester, CT 06415-5012


Jack Rogan
1 Crestview Dr
Middlefield, CT 06455


Jackie Matchett Personnel
PO Box 827685
Philadelphia, PA 19182-7685

James Norton
73 Old Turnpike Road
Beacon Falls, CT 06403

Jane Marin
68 Lakeview Terrace
Derby, CT 06418

Janet Williams
100 Bull Hill Rd
Colchester, CT 06415

Jason Enterprises
PO Box 202
South Windsor, CT 06074

Jay Hickerson
219 Corbin Road
Hamden, CT 06517

Jcaho
PO Box 75751
Chicago, IL 60675

Jeff Gonzales
531 Kenwood Ave
Delmar, NY 12054

JeffS Appliance And Vacuums
66 Center St
Shelton, CT 06484

Jen L Body Alarms
PO Box 380
34 Kennedy Road
West Brookfield, MA 01585

Jeremy Alston
70 Wooster Street
Bethel, CT 06801


Jerry Brown
122A Cayuga Lane
Stratford, CT 06614


Jerry Rasmussen
95 Hillcrest Ave
Derby, CT 06418


Jill Fleming
1 Carriage Drive
Seymour, CT 06483


Joan Christopher
50 Orchard Street
Ansonia, CT 06401


Joan Spear
475 Burnt Plain Road
Milford, CT 06460


Joanne Harrison Becker
104 Washington Circle
West Hartford, CT 06119-2026


Jobsearch  Inc
PO Box 311
Waltham, MA 02454


Joe Durso
1038 W Main St
Waterbury, CT 06708

Joel Zaretzky  M D P C
199 Wakelee Ave
Ansonia, CT 06401


John A Farens  M D
224 Leavenworth Road
Shelton, CT 06484-1878


John Ciambriello  Jr
85 Wilson Ave
West Haven, CT 06516


John Dempsey Hospital
Uconn Link Call Center Mc5311
263 Farmington Ave
Farmington, CT 06030-5311


John Kanopa
46 York St
Bridgeport, CT 06610


John Lamonica
210 Chatfield St
Derby, CT 06418


John Mariano
155 Pleastview Drive
Suffield, CT 06078


John P Shannon  Jr
167 Cherry St
242
Milford, CT 06460


John R Veglia
PO Box 321
Wingdale, NY 12594

John Redgate
396 Taft Ave
Bridgeport, CT 06604


John S Mariano
155 Pleasantview Dr
Suffield, CT 06078


Jonas Aarons
PO Box 809
Rhinebeck, NY 12572


Joseph A Brenes  MD Cmd
464 Wolcott Road
Wolcott, CT 06716


Joseph A Waas
Two Carlton Street
Fairfield, CT 06430


Joseph Frasca
21 Farmstead Lane
West Haven, CT 06117


Jsc Ink
PO Box 600726
Newton, MA 02460


Judge Protech LLC
69 OConnell Rd Ext
Colchester, CT 06415-5012


Judy Polkow
PO Box 760
Kinderhook, NY 12106

Juliette Sweeney
201 Elizabeth Street
Derby, CT 06418


K Chaisson Md K Doubler  MD
130 Division Street
Derby, CT 06418


K S Distributors
50 Oakland Avenue
East Hartford, CT 06108


Karen Braley
426 Litchfield Road
New Milford, CT 06776


Kartisha Hall
2110 Seaview Av
Bridgeport, CT 06610


Kartisha Hall
2110 Seaview Ave
Bridgeport, CT 06610


Kate Gubbiotti
154 Lincoln Ave
Winsted, CT 06098


Kathleen Chmura
6 Montgomery Drive
Northford, CT 06472


Kayte Devlin
PO Box 2380
Devon, CT 06460

Kelli Grzeika
24 Salem St
Naguatuck, CT 06770


Kennedy Perkins Opticians
80 Whitney Avenue
New Haven, CT 06510


Kenneth R Lisi  Md
2979 Main St
Bridgeport, CT 06606


Kenneth S Spector
130 Division St
Derby, CT 06418


Kittredge Equipment Co
2155 Columbus Avenue
Springfield, MA 01104


Knowledge Unlimited
PO Box 52
Madison, WI 53701


Kroll Background America
PO Box 847514
Dallas, TX 75284-7514


Ktn Construction Service
32 Manners Avenue
Seymour, CT 06483


Kunzik Construction Co
3 Sauquett Lane
Seymour, CT 06483

L A Consulting  LLC
50 Thomas Patton Drive
Randolph, MA 02368


L L Supply
1570 N E 131St Street
Bay C
North Miami, FL 33161


Lab  Dermatopathology
PO Box 30000 Dept 5127
321
Hartford, CT 06150 5127


Lab Safety Supply  Inc
401 S Wright Road
PO Box 1368
Janesville, WI 53547-1368


Label Tape System
PO Box 49407
Sarasota, FL 34230


Lada  P C
104 West Street
Simsbury, CT 06070


Lands End Bus Outfitter
PO Box 217
Dodgeville, WI 53533-0217


Larry Ayce
PO Box 115
Southbury, CT 06488


Larry Batter
PO Box 932
Rocky Hill, CT 06067-0932

Laura Howard
1359 Iranistan Avenue
Bridgeport, CT 06604


Laurel Gardens Of Orange
245 Indian River Road
Orange, CT 06477


Laurie G Cain
2 Hop Hollow
Simsbury, CT 06070


Law Offices Of Turrett Rosenbaum
101 Barnes Rd
3Rd Floor
Wallingford, CT 06492


Leadingage Ct
1340 Worthington Ridge
Berlin, CT 06037


Leon H   Kulesza  Jr
239 Albright Ave
Stratford, CT 06614


Les Julian
36 Crestview Drive
Woodbridge, CT 06525


Les Padykula
162 Indian Hill Rd
Newington, CT 06111


Leslie A Williamson  Jr
45 Notch Road
Bolton, CT 06043

Leslie Saffer
392 Mill St
Worcester, MA 01602


Levy And Droney  P C
PO Box 887
Farmington, CT 06034-0887


Liggett  Inc
561 Iron Bridge Lane
Dauphin, PA 17018


Lighting Maintenance Solutions
Po Box 42440
Towson, MD 21284


Lion Distributing  Inc
PO Box 565
148 Chartley Drive
Reisterstown, MD 21136-0565


Lionel Lim  M D
130 Division Street
Derby, CT 06401


Lipton Chemical Corp
342 East Jericho Tpke
Pmb 151
Mineola, NY 11501


Lisa Gaboriault
18A Bungay Road
Seymour, CT 06483

Liturgical Publications
5 Progress Drive
Cromwell, CT 06416-1096


Logo Concepts  Llc
26 Alderwood Dr
West Hartford, CT 06117-1501


Loma G Neeley
20D Lilac Ct
Seymour, CT 06483


Lord Henry Enterprises
3524 Central Pike
Suite 304
Hermitage, TN 37076


Love Funding Corporation
170 Newbury Street
Boston, MA 02116


Ltp Rn Services Inc
278 Orleans St
Dieppe, NB E1A 5E2
Canada


Lung Associates Of Ct
PO Box 3160
Andover, MA 01810-0803


Lynne Kalish
47 Swan Avenue
Seymour, CT 06483


M B S C
35 Pearl Street
Suite 300
New Britain, CT 06051

M Ehsan Qadir  Md
22 Westfield Ave
Unit 1
Ansonia, CT 06401


M N International
PO Box 64784
St Paul, MN 55164-0784


M Q Packaging Corp
PO Box 180
Earl Street
SchuylkillHaven, PA 17972


Maintenance Warehouse
PO Box 509058
San Diego, CA 92150-9058


Marcey B Hickey
14 Day St So
West Granby, CT 06090


Marcie Conte  R D
3 Suren Lane
Huntington, CT 06484


Margaret R Tutta
30 C Bayshore Drive
West Haven, CT 06516


Maria Byrne  Md
98 York Street
Dept S018
New Haven, CT 06511-5602

Mario Rossi
45 Savings Street
Apt 7B
Waterbury, CT 06702


MarioS Music
45 Savings Street
Waterbury, CT 06702


Marita Swierbitowicz
597 Millville Avenue
Apt 68
Naugatuck, CT 06770


Mark L Irvings
24 Elba Street
Brookline, MA 02446-3159


Mark Thimineur M D
130 Division St
Derby, CT 06418-1326


Martin F Scheinman  Esq
Thirty Eight Arden Lane
Sands Point, NY 11050


Mary Azoti
1015 Willard Road
Orange, CT 06477


Mary Postupack
15 Stendahl Drive
Shelton, CT 06484


Maryellen Barone  Rn
119 Ardmore St
Hamden, CT 06517

Maryland Dept Of Health Mental Hygien
Office Of Health Care Quality Bland Brya
Spring Grove Hospital Center 55 Wade Ave
Cantonsville, MD 21228


Matteis Deli
418 Roosevelt Drive
Derby, CT 06484


Max The Chimney Sweep
PO Box 352
Trumbull, CT 06611


MaxieS Sign Service
748 Derby Ave
Seymour, CT 06483


Maxim Healthcare Services
12558 Collec Center Dr
Chicago, IL 60693


Mcdermott Will Emery
PO Box 6043
Chicago, IL 60680-6043


Mckee Foods Corporation
PO Box 2118
Collegedale, TN 37315-2118


Mdi Achieve
PO Box 86
Minneapolis, MN 55486-2905


Med Aid Llc
Box 1117
Orange, CT 06477

Med Essentials
Po Box 343
New Hartford, CT 06057


Med Oncology/Hematology
19 Lunar Drive
Woodbridge, CT 06525


Med Pass Inc
10800 Industry Lane
Miamisburg, OH 45342


Medfare Inc
6560 13 West Rogers Cir
Boca Raton, FL 33487


Medical Anesthesiology Associates Pc
4 Armstron Rd
Shelton, CT 06484-4721


Medical Associates  Llc
PO Box 647
Holmdel, NJ 07733


Medical Nutrition Usa Inc
10 West Forest Avenue
Englewood, NJ 07631


Medical Staffing Network
PO Box 840416
Dallas, TX 75284-0416


Medical Staffing Solution
PO Box 342
Enfield, CT 06083

Medoptions Behavioral Health Assoc  P C
PO Box 5023
New Britain, CT 06050


Medoptions Inc
PO Box 2949
Hartford, CT 06104


Medwaste Management Inc
1370 Veile Avenue
Bronx, NY 10474


Metlife
PO Box 360229
Pittsburgh, PA 15251-6229


Metlife Sbc
PO Box 804466
Kansas City, MI 64180-4466


Mfd Surgical PhilS Pha
454 Bridgeport Avenue
Milford, CT 06460


Mhf Insurance Admin  Inc
PO Box 48098
Jacksonville, FL 32247-8098


Michael B Herlands Arch
433 S M St Suite 321
Corporate Center West
West Hartford, CT 06110


Michael Baroody  Md Llc
46 Federal Road
Danbury, CT 06810

Michael W Stutz
PO Box 90
Chilmark, MA 02535-0090


Michael Wojnagi
210 Chatfield Street
C/O Birmingham Health
Derby, CT 06418


Minuteman Press
352 Hartford Turnpike
Post Road Plaza Rte 30
Vernon, CT 06066


Monster  Inc
PO Box 34649
Newark, NJ 07189


Morrow Morgan Smith  Inc
270 Farmington Avenue
Suite 216
Farmington, CT 06032


Mr Electric
12 Commercial Street
Branford, CT 06405


Murtha Cullina LLP
185 Asylum Street
Cityplace I
Hartford, CT 061033469


Mutual Of Omaha Ins Co
Mutual Of Omaha Plaza
Omaha, NE 68175

Muzak
8000 S Orange Avenue
Suite 201
Orlando, FL 32809


Myron Corp
Po Box 660888
Dallas, TX 75266-0888


Nadona/Ltc
11353 Reed Hartman Hwy
Suite 210
Cincinnati, OH 45241


Nancy DAulizio
235 West Road
Beacon Falls, CT 06403


Naps Poly Bag Co
44 Railroad Avenue
West Haven, CT 06516


Nasco Fort Atkinson
901 Jamesville Avenue
PO Box 901
Fort Atkinson, WI 53538-0901


National Carpet
350 Main Street
Ansonia, CT 06401


National Paper Supply
44 Railroad Avenue
West Haven, CT 06516

National Pen Corporation
PO Box 55000
Dept 274501
Detroit, MI 48255-2745


National Waste Management
362 Putnam Hill Road
Sutton, MA 01590-1650


Naugatuck News
71 Weid Dr
PO Box 206
Naugatuck, CT 06770


Naugatuck Valley Health D
98 Bank Street
Seymour, CT 06483


Neighborcare/Med Outpatie
PO Box 758844
Baltimore, MD 21275-8844


Nelson Ambulance Service
PO Box 188
North Haven, CT 06473


Nelson Insulation  Inc
6 East Orchard Street
PO Box 9
Terryville, CT 06786


Nephrology Associates  P C
900 Madison Avenue
Bridgeport, CT 06606-5534

Nettie Jackson
210 Chatfield Street
Derby, CT 06418


Neurological Specialists Sh
2590 Main St
Stratford, CT 06615


New Eng Sheet Metal Shel
22 Caroline Street
Derby, CT 06418


New Eng Temp Health Serv
433 South Main Street
Corp Ctr West Suite 114
West Hartford, CT 06110


New Hampsh Dept Of Safety Div Of St Pol
Central Repo Of Crim Rec
33 Hazen Drive
Concord, NH 03305


New Haven Probate Court
200 Orange St
First Floor
New Haven, CT 06504


New Haven Ravens
252 Derby Avenue
West Haven, CT 06516


New Haven Register
40 Sargent Drive
New Haven, CT 06511


Nfpa International
PO Box 9689
Manchester, NH 03108-9689

Nira Silverman  M D
22 Westfield Avenue
Ansonia, CT 06401


North American Medical
12423 Colliers Reserve Dr
Naples, FL 34110


Northeast Medical Group   Bridgeport
PO Box 415126
Boston, MA 02241-5126


Norton And Associates Inc
501 Mahar Highway
Braintreet, MA 02184


Notary Public Unit
Connecticut Secretary Of The State
Po Box 150470
Hartford, CT 06115-0470


Nripal C Kar  Md
158 Main St
Suite 402 PO Box 93
Ansonia, CT 06401


Nu Age Designs
87 Skokorat St
Seymour, CT 06483


Nurse One Llc
153 Kinney Road
Amston, CT 06231-1410

Nutmeg Optical Supply Inc
PO Box 516
New Milford, CT 06776


Nutritional Designs
51 Watermill Lane
Great Neck, NY 11021


Oatley Plumbing Heatingco
306 Oxford Road
Oxford, CT 06478


Od Electric
222 Beaver St
Ansonia, CT 06401


Office Depot  Inc
PO Box 633211
Cincinnati, OH 45263-3211


Olga Kalinina
15 Elmwood Avenue
Trumbull, CT 06611


Olin
501 Merritt 7 PO Box4500
Pension Department
Norwalk, CT 06856-4500


Oliwa Home Supply
136 Main Street
Derby, CT 06418


Omni
2935 Northeast Parkway
Suite A
Atlanta, GA 30360-2048

Omnicare Of Windsor
Omnicare Of Annapolis Jct
Po Box 758844
Baltimore, MD 21275-8844


Omnicare Pharmacy Of Conn Omnicare  Inc
PO Box 715268
Columbus, OH 43271-5268


Oncology Rx Care Advantage
13501 Park Vista Blvd Ste 150
Fort Worth, TX 76177


Opticare Eye Health Vision Centers
145 Wakelee Ave
Ansonia, CT 06401


Oral Maxillofacial Surg
676 New Haven Avenue
Derby, CT 06418


Orange Fence
205 Boston Post Rd
Orange, CT 06477


Orange Senior Health Safety Fair
185 Boston Post Rd
Orange, CT 06477


Orbitech Satellite Services Llc
282 East St Rt 10
Plainville, CT 06062


Orion Group/Ebi Companies
PO Box 96082
Chicago, IL 60693

Orthocare Specialists Llc
4747 Main St
Bridgeport, CT 06606


Orthopaedic Group Llc
199 Whitney Avenue
New Haven, CT 06511


Overall Supply  Inc
823 East Gate Dr Unit 2
Lighting/Chemical Divisio
Mt Laurel, NJ 08054


Oxford Health Plans
PO Box 10274
Newark, NJ 07193-0274


Oxford House Restaurant
441 Oxford Road
Oxford, CT 06478


Pacific Link
61 Commerical Ave
Garden City, NY 11530


Pagenet Hartford/Sprngfld
45 Glastonbury Boulevard
Glastonbury, CT 06033


Paradise Products  Inc
PO Box 568
El Cerritto, CA 94530-0568


Pathway Health Services
2025 4Th Street
White Bear Lake, MN 55110

Patsy Shore Entertainment
1240 Daniels Farm Rd
Trumbull, CT 06611


Patty Blakeman
26 Scotland Street
Ansonia, CT 06401


Paul Breitenberger
C/O Mary Ellen Slywka
27 Mead Farm Rd
Seymour, CT 06483


Paul Kulas
120 Ellison Street
Suffield, CT 06078


Paula Romano
50 Hazel Dr
Cheshire, CT 06408


Peacock Associates
C 5 Shipway Place
Boston, MA 02129


Pegasus Airwave
PO Box 530436
Atlanta, GA 30353-0435


Pesi Healthcare  LLC
200 Spring Street
PO Box 1000
Eau Claire, WI 54702-1000

Pfg Springfield
340 Taylor Street
PO Box 3024
Springfirld, MA 01101


Philip J Dunn  Esq
50 Presson Point
Gloucester, MA 01930


Phoenix Textile
PO Box 954094
St Louis, MO 63195


Pieces Of Peace
279 Main Street
Apt 2
Portland, CT 06480


Pierce Campbell Irish Music
PO Box 7285
Prospect, CT 06712


Pin Gallery
PO Box 189
Evers Gallery
Hagaman, NY 12086


Pioneer Products  Inc
PO Box 234001
Great Neck, NY 11023-9998


Pioneer Research Corp
3443 N Central Ave
Suite 1200
Phoenix, AZ 85012

Pitney Bowes Inc
Global Financial Services Llc
PO Box 371887
Pittsburgh, PA 15250-7887


Planetree  Inc
130 Division Street
Derby, CT 06418


Platinum Care
240 52Nd St
Accts Receivable
Brooklyn, NY 11220


Plumbmaster  Inc
PO Box 890845
Charlotte, NC 28289


Pmic
4727 Wilshire Boulevard
Los Angeles, CA 90010


Pmr Of Hartford LLC
35 Jolley Dr
Suite 101
Bloomfield, CT 06002-3062


Point Right Inc
150 Cambride Park Dr
Suite 301
Cambridge, MA 02140


Poland Spring
PO Box 856192
Louisville, KY 40285-6192

Polkarobics Inc
6 Oak Ridge
North Caldwell, NJ 07006


Posey Company
5635 Peck Road
Arcadia, CA 91006


Positive Promotions
15 Gilpin Ave
Hauppauge, NY 11788


Powerpros Consulting Grp
20 Hampden Dr
Suite 4
South Easton, MA 02375


Precision Food Serv   Inc
410 Center Street
PO Box 342
Wallingford, CT 06492


Precision Scale Co   Inc
PO Box 568
Ansonia, CT 06401


Prime Care Services  Inc
520 Sykes Road
Fall River, MA 02720


Primed Surgical Specialists
Primed Llc
24881 Network Place
Chicago, IL 60673


Principal Financial Grp
PO Box10333
Des Moines, IA 50306-0333

Prn Health Services  Inc
4321 W College Ave
Ste 200
Appleton, WI 54914


Pro Services
418 Meadow Street
Pest Control Division
Fairfield, CT 06430


Proactive Resources
10 Moulton Street
Suite 1022
Portland, ME 04101


Probate Court
200 Orange Street
First Floor
New Haven, CT 06504


Professional Healthcare
34 Palmer Avenue
Suite 1
Bronxville, NY 10708


Professional Printing
601 Barksdale Boulevard
Bossier City, LA 71111


Progressive Benefit Solution Llc
23 Maiden Lane
North Haven, CT 06473


Promissor Assessment Systems  Inc
PO Box 13046
Philadelphia, PA 19101-3046

Psi
24 Bay State Road
Cambridge, MA 02138


Pulmonary Specialists P C
130 Division Street
Derby, CT 06418


Pulmonary Specialties  PC
130 Division St
Derby, CT 06418-1326


Purchase Power
PO Box 371874
Pittsburgh, PA 15250-7874


Quest Diagnostics  Inc
PO Box 5052
3 Sterling Drive
Wallingford, CT 06492


R C Ranno
102 Coles Road
Middletown, CT 06457


R J Michalski  Inc
26 Elm Street
PO Box 607
Old Saybrook, CT 06475-0607


Radioshack Credit Service
PO Box 281395
Atlanta, GA 30384-1395


Randy Herdman
62 Martinka Drive
Shelton, CT 06484

Rcr Associates L L C
702 Highland Avenue
Waterbury, CT 06708


Readers Digest Lg Eition
PO Box 400432
Des Moines, IA 50350-0432


Rebecca Zaretzky
3 Nod Hill Road
Oxford, CT 06478


Red Hawk Fire And Security
Po Box 842422
Boston, MA 02284-2422


Refrigeration Unlimited
31 Terrace Ave
West Haven, CT 06516


Regina Anne Reed
17 Waldo Street
East Haven, CT 06512


Regional Water Authority
PO Box 98108
Boston, MA 02298-1018


Registar  Manager Program
16 East 34Th Street
New York, NY 10016-4328


Reiman Publications
PO Box 26822
Lehigh Valley, PA 18002-6822

Reliable Maintenance
PO Box 870
Hammond, IN 46325

Reliable Office Supplies
135 S Lasalle Street
Dept 8001
Chicago, IL 60674-8001

Reminisce
Book Marketing Services
PO Box 4002881
Des Moines, IA 53040-6881

Reminiscence
PO Box 998
Glendale, WI 53129

Reminiscence
Two Carlton Street
Fairfield, CT 06430

Renaissance
1157 Highland Avenue
Suite 101
Cheshire, CT 06410

Renee A Capasso
7 Alling Road
Woodbridge, CT 06525

Republican American
298 Meadow Street
PO Box 2090
Waterbury, CT 06722

Reserve Account
PO Box 223648
Account 33467861
Pittsburgh, PA 15250-2648


Restaurant Equippers
635 West Broad St
Columbus, OH 43215


Reyna Abreu
120 Jewett St
Ansonia, CT 06401


Richard Clark
469 Linden Street
Boylston, MA 01505


Richard G Boulanger  Esq
PO Box 358
Grafton, MA 01519-0358


Richards Healthcare  Inc
8550 Katy Freeway
Suite 110
Houston, TX 77024


Ricoh Usa
Po Box 827577
Philadelphia, PA 19182


Robert Fox
255 East Haddam
Colchester Turnpike
East Haddam, CT 06423

Robert Half Finance Accounting
File 73484
PO Box 60000
San Francisco, CA 94160-3484


Robert J Badrigian  Dds
5 South Main Street
Suite 515
Branford, CT 06405-3825


Robert Novak
255 Leavenworth Rd
Shelton, CT 06484


Robert Porto  Md
158 Main Street
PO Box 101
Ansonia, CT 06401


Robert Russo Md Assoc
PO Box 6128
Bridgeport, CT 06606


Robert W Nolan  M D
41 Cherry Gate Lane
Trumbull, CT 06611


Robert Wingard
8 Beachwood Drive
Ansonia, CT 06401


Roberts Business Machines
175 Adams Street
Manchester, CT 06040


Roberts Unlimited
26 Halls Road
Westbrook, CT 06498

Rocco Electric Llc
99 Old Hatchery Road
Kensington, CT 06037


Rockhurst Univ Cont Ed
PO Box 419107
Kansas City, MO 641416107


Roger Hart
158 New Lenox Road
Lenox, MA 01240


Roma Pizzeria
150 Wakelee Avenue
Ansonia, CT 06401


Ron Spataro
81 Huntington Turnpike
Bridgeport, CT 06610


Ronald Guicciardini
13 Raynor Avenue
Trumbull, CT 06611


Rotary Home Health Care
1030 Barnum Avenue
Stratford, CT 06614-4901


Roto Rooter Plumbing Srv
5672 Collections Center Drive
Chicago, IL 60693


Royal Disposable Import
57 00 49Th Place
Maspeth, NY 11378

Royal Sunalliance
PO Box 281406
Premium Accting Serv Ctr
Atlanta, GA 60684-1406


Royal Sunalliance   Rbs
PO Box 281406
Premium Accting Serv Ctr
Atlanta, GA 30384-1406


S Bertram Inc
PO Box 4129
Linden, NJ 07036


S N A P
P B Box 574
San Anselmo, CA 94979


Saint Raphael Healthcare System
PO Box 364
Brattleboro, VT 05302-0364


Sal Salvo
1068 Eppinger Drive
Port Charlotte, FL 33953


Sammons Preston
PO Box 93040
Chicago, IL 60673


Sandford Consulting Llc
PO Box 901
Thomaston, CT 06787


Sandra Biloon
306 South Main Street
West Hartford, CT 06107

Sanitrol
27 Ciro Road
North Branford, CT 06471


Santa Energy Services
154 Admiral Street
PO Box 1141
Bridgeport, CT 066011141


Sarah Duplin  Msw
301 Elm Street
Rocky Hill, CT 06067


Sarracco Mechanical Serv
71 Naugatuck Drive
Naugatuck, CT 06770


Satyachan
3 Delta Road
Massapequa, NY 11758


Sbc AtT Yellow Pages
PO Box 8111
Aurora, IL 60507-8111


Sbc Long Distance East
PO Box 1567
Saginaw, MI 48605-1567


Sbc Snet
310 Orange Street
New Haven, CT 06510


Scarpa Electric Supply
30 Caroline Street
Derby, CT 06418

Scsu Foundation Development Office Scsu
501 Crescent Street
New Haven, CT 06515


Secretary Of The State
30 Trinity Street
Hartford, CT 06106


Secure Care Products  Inc
39 Chenell Drive
Concord, NH 33018-501


Security Ins Of Hartford
PO Box 96082
Chicago, IL 66930


Select Energy Inc
PO Box 732
Hartford, CT 06142


Sentimental Productions
PO Box 1716
Cincinnati, OH 45250


Servicemaster Albino Services
579 South Eonard St
PO Box 751
Waterbury, CT 06720-0751


Seton Identification Prod
PO Box 95904
Chicago, IL 60694-5904


Seymour Ambulance Assn
PO Box 131
Beacon Falls, CT 06403

Seymour Pumpkin Festival
Seymour, CT 06483


Shane Med Supplies Inc
PO Box 13
Cedarhurst, NY 11516


Shawn Taylor
1 West St
Shelton, CT 06484


Shelton Winnelson Co
740 River Road
PO Box 761
Shelton, CT 06484-0761


Sherry Langrock
77 Curt Smith Road
Southbury, CT 06488


Shirley Lardis
7 Old Saw Mill Drive
Beacon Falls, CT 06403


Show Tell Inc
54 Hartford Turnpike
PO Box 2358
Vernon, CT 06066


Shred It Connecticut
29 Diana Court
Cheshire, CT 06410


Sid Madwed
215 Crest Terrace
Fairfield, CT 06432

Siemens Industry  Inc
104 Sebethe Dr
Cromwell, CT 06416


Simplex/Grinnell
80 Clark Dr
Unit 5D
East Berlin, CT 06023


Skmp Enterprises Inc
PO Box 188
Dba Access Ambulance Svs
North Haven, CT 06473


Skytel
PO Box 70849
Charlotte, NC 28272


Smc Environmental
PO Box 59
622 Bantam Road
Litchfield, CT 06759


Smd  Inc
35 N Plains Industrialrd
Wallingford, CT 06492


Smith Nephew
PO Box 73276
PO Box 578
Chicago, IL 73276


Snet Diversified Group
PO Box 8536
New Haven, CT 06531

Space Fitters
68 Nutmeg Rd South
South Windsor, CT 06074


Special Response Corp
10612 Beaver Dam Road
Hunt Valley, MD 21030


Specialty Medical Equip
50 Kerry Place
Norwood, MA 02062


Splinting Solutions
800 Silver Lane
Suite 210
East Hartford, CT 06118


SS Worldwide
PO Box 516
Colchester, CT 06415-0515


St Marys Church
212 Elizabeth St
Derby, CT 06418


St Marys Church
212 Elizabeth St
Derby, CT 06618


St Marys Hospital
PO Box 390
Hartford, CT 06141-0390


St Raphael Faculty Physicians
PO Box 1951
Brattleboro, VT 05302-1951

St Raphaels Occupational
175 Sherman Avenue
New Haven, CT 06511


St Vincents College
2800 Main St
Bridgeport, CT 06606


St Vincents Medical Ctr
2800 Main St
Bridgeport, CT 06606


Staff Relief
206 Meadows End Rd
Milford, CT 06460


Staffing Now  Inc
180 Westfield Street
W Springfield, MA 01089


Stanley Access Tech LLC
Post Office Box 0371595
Pittsburg, PA 15251-7595


Stanley Healthcare Solutions
Dept Ch 10504
Palatine, IL 60055-0504


Stanley Security Solution
Department Ch10504
Palatine, IL 60055


Staples Contract Commercial
Po Box 414524
Boston, MA 02241


Staples Credit Plan

Dept 82 2000055398
Po Box 689020
Des Moines, IA 50368-9020


Starmed Staffing Group
PO Box 503348
St Louis, MO 63150-3348


State Of Connectic Dps/Bureau Of Boilers
111 Country Club Rd
Middletown, CT 06457-9294


State Of Connecticut Comm On Deaf Hear
67 Prospect Ave
Hartford, CT 06106


State Of Ct   Dept Of Public Health
410 Capitol Ave Ms 12Hsr
Po Box 340308
Hartford, CT 06134-0308


State Of Ct Dept Of Consumer Protection
PO Box 1869
Hartford, CT 06144-1869


Sterling Healthcare Inter
13825 Parks Steed Drive
Earth City, MO 63045-1494


Steve Dolan
21 Clifford Street
Hartford, CT 06114


Stewart Staffing Solution
10 Columbus Blvd
Hartford, CT 06106

Storm Security  Ltd
PO Box 927
London, KY 40743


Stumps
PO Box 305
South Whitley, IN 46787-0305


Sue Hollister
5 Nettleton Drive
Woodbridge, CT 06525


Summit Dining Serv Inc
2310 Washington Street
Suite 100
Newton Low Fall, MA 02462


Summit Professional Educ
PO Box 908
Franklin, TN 37065


Sundance Enterprises
79 Primrose St
White Plains, NY 10606


Sundance Rehabilitation
PO Box 18072
Suite 2 2Nd Floor
Ashburn, VA 20146


Surgi Care Inc
Po Box 845352
Boston, MA 02284-5352


Susan Burblis
34 Bellevue Terrace
Seymour, CT 06483

Susan Lewonczyk
33 Raymond St
Stratford, CT 06614


Susan R Meredith
19 Foster Street
New Haven, CT 06511


Susman  Duffy Segaloff
PO Box 1684
New Haven, CT 06507


Suzanne Kostuk
74 Columbus Ave
Meriden, CT 06451


Sysco Food Serv Of Ct
PO Box 4003
Rocky Hill, CT 06067-74003


Taxcollector Cityof Derby
1 Elizabeth Street
Derby, CT 06418


Taylor Healthcare Associates  Llc
PO Box 23
Northford, CT 06472


Temp Labor Of New Haven
PO Box 7247 8341
Philadelphia, PA 19170-8341


Terminix International
PO Box 742592
Cincinnati, OH 45274-2592

Terry Duda
5 Ladyslipper Drive
Beacon Falls, CT 06403


The Boyce Nursing Agency LLC
PO Box 229
Naugatuck, CT 06770


The Gallery Collection Prudent Publishin
PO Box 360
Ridgefield Park, NJ 07660


The Hanover Insurance Group
Po Box 580045
Charlotte, NC 28258-0045


The Hartford Courant
PO Box 40000
Dept 215
Hartford, CT 06151


The Healthcare Information Network  Inc
PO Box 147
Liverpool, NY 13088


The Hearing Center
149 Wakelee Avenue
Ansonia, CT 06401


The Institute
60 Presidential Plaza
Suite 108
Syracuse, NY 13202


The Magic Works
122A Cayuga Lane
Stratford, CT 06614

The Mathog Moniello Co
100 South Shore Drive
PO Box 120650
East Haven, CT 06512


The Medicine Centre  Ltc
47 Main Street
Portland, CT 06480


The News Times
333 Main Street
Danbury, CT 06810


The Oxford Dog Pound
16 Apple Dr
Committee C/O M Sullivan
Oxford, CT 06478


The Polaris Group
5431 Nellie Davis Lane
Tampa, FL 33634


The Star Silk Woolen Co
12 Tobey Road
Bloomfield, CT 06002


The Wackenhut Corp
PO Box 277469
Atlanta, GA 30384-7469


Ther Rec Services
104 Washington Circle
West Hartford, CT 06119-2026


Thirzah Bendokas
364 North Main Street
Naugatuck, CT 06770

Thomas J Staley  Esq
60 Trumbull Street
New Haven, CT 06510-1050


Thomas Sansone
35 Todd St
Unit 206
Hamden, CT 06518


Thomas Spiwak
10 Tibbets Road
Seymour, CT 06483


Tom Alvord
83 Queen St
New Britain, CT 06053


Tom Callinan
55 East Town St
Norwich, CT 06360


Tony Castle
68 Birchwood Rd
Seymour, CT 06483


Tony Nuzzo
83 Trolley Circle
Milford, CT 06460


Topline Landscaping
79 Hawthorne Ave
Derby, CT 06418


Town Center Wine Spiris
1735 Ellington Road
South Windsor, CT 06074

Townline Storage
1730 Derby Milford Road
Derby, CT 06418


Travelers Cl Remittance Center
PO Box 660317
Dallas, TX 75266-0317


Treasurer  ST Of Conn Facility Lic Inv
410 Capital Ave  Ms 12Flis
PO Box 340308
Hartford, CT 06134


Treasurer  State Of Ct
410 Capitol Ave Ms 12Hsr
PO Box 34308
Hartford, CT 06134-0308


Tubs Stuff Plumbing
PO Box 510
Ansonia, CT 06401-0510


Twinmed  Llc
11333 Greenstone Ave
Santa Fe Springs, CA 90670


U S Communications
PO Box 1086
Vernon, CT 06066


U S Dept Of Labor Osha
1057 Broad St
Fourth Floor
Bridgeport, CT 06604

U S Housing Consultants
931 First Nh Turnpike
PO Box 465
Northwood, NH 03261


Uconn School Of Business
2100 Hillside Rd
Unit 1041
Storrs, CT 06269-1041


Ufcw Local 919
6 Hyde Road
2Nd Floor
Farmington, CT 06032


Unique Nursing Care
961 North High Street
East Haven, CT 06512


United Healthcare Ins Co
PO Box 740800
Tampa Service Center
Atlanta, GA 30374-0800


Universal Hotel Liquidators
855 Boston Post Road
West Haven, CT 06516


University Physicians
PO Box 1440
Hartford, CT 06143


UPS
Po Box 7247 0244
Philadelphia, PA 19170-0001

US Department Of Homeland Security
Uscis
Po Box 21262
Phoenix, AZ 85036


V J Russo
PO Box 1031
Woodbury, CT 06798


Valley Cab
26 Beaver St
Ansonia, CT 06401


Valley Chamber Commerce
900 Bridgeport Ave
Shelton, CT 06484


Valley Electric Supply
91 West Main Street
PO Box 42
Ansonia, CT 06401


Valley Landscaping
48 Prospect Street
Ansonia, CT 06401


Valley Livery Limo LLC
26 Beaver St
Unit 2
Ansonia, CT 06401


Valley Medical Supply Inc
49 Pershing Drive 2B
Derby, CT 06418-1406


Valley Vascular Assoc
135 Division Street
Ansonia, CT 06401

Value Health Care Serv
PO Box 715268
Columbus, OH 43271-5268


Van Etten
326 North Main Street
Ansonia, CT 06401


Venture Publishing  Inc
1999 Cato Avenue
State College, PA 16801


Victor Cornelius  Inc
400 West Pain
PO Box 71
Eastland, TX 76448


Video Pro Productions
1193 Sovereign Dr
Loveland, OH 45140


Video Viewing  Inc
PO Box 193810
Little Rock, AR 72219


Viking Office Products
PO Box 30488
Los Angeles, CA 90030


Vistar/Vsa
1 Market Circle
Windsor, CT 06095


Vitas Healthcare Corp
PO Box 409757
Atlanta, GA 30384

Vohra Health Services PA
PO Box 848849
Boston, MA 02284-8849


W B Mason Co   Inc
PO Box 55840
Boston, MA 02205-5840


WadeS Dairy  Inc
1316 Barnum Avenue
Bridgeport, CT 06610


Warner Lambert Retirement
100 Route 206 North
Hr Operations Support Ctr
Peapack, NJ 07977


Webster Insurance
PO Box 2220
135 Bolton Road
Vernon, CT 06066


Wells Fargo
4 Corporate Drive  Suite 495
Shelton, CT 06484


Wells Fargo Financial
PO Box 957
Paramus, NJ 07653


Willie Nininger
PO Box 367
Southbury, CT 06488

Wolff Zackin Associates
PO Box 2220
Vernon, CT 06066


Woodbridge Senior Center
4 Meeting House Lane
Woodbridge, CT 06525


Woodland Touchdown Club
62 Hillside Drive
Beacon Falls, CT 06403


Wound Surgeons LLC
464 Wolcott Rd
Wolcott, CT 06716


Wright Products  Inc
1733 S Taylorville Road
PO Box 51
Decatur, IL 62525


Wtic
3562 Collections Center
Chicago, IL 60693


Wvit
PO Box 402543
Atlanta, GA 30384-2543


Ww Grainger
Dept 092   818115933
Palatine, IL 60038


Yale Dermathopathology Lb
PO Box 30000
Accts Receivable
Hartford, CT 06510-5127

Yale Medical Group
PO Box 30000
Dept 5123
Hartford, CT 06150-5123


Yale Surgical Company
627 629 Chapel Street
New Haven, CT 06511


Yale Termite Pest
69 Mott St
Ansonia, CT 06401


Yankee Candle Co Inc
PO Box 110
South Deerfield, MA 01373


Yellow Pages Processing
PO Box 471902
Tulsa, OK 74147


Yp
545 Long Wharf Dr
2Nd Floor
New Haven, CT 06511


Zagorsky Zag Galske PC
73 East Main Street
PO Box 218
Plainville, CT 06062-0218


Zanis Pizza
184 Wakelee Avenue
Ansonia, CT 06401