Debtor Name    **Spectrum Healthcare Derby, LLC**

**United States Bankruptcy Court for the  District of Connecticut**

Case number (if known):    **16-21636**

X Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

## Part 1:    Summary of Assets

*1. Schedule A/B: Assets - Real and Personal Property*    (Official Form 206A/B)

1a. **Real property:**
Copy line 88 from *Schedule A/B*............................................................................................

$0.00

1b. **Total personal property:**
Copy line 91A from *Schedule A/B*........................................................................................

$2,204,180.00

1c. **Total of all property:**
Copyline 92 from *Schedule A/B*............................................................................................

$2,204,180.00

## Part 2:    Summary of Liabilities

2.    *Schedule D: Creditors Who Have Claims Secured by Property*    (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of Schedule D...........................

$9,737,617.00

3.    *Schedule E/F: Creditors Who Have Unsecured Claims*    (Official Form 206E/F)

3a. **Total of amounts of priority unsecured claims:**
Copy the total claims from Part 1 from the line 5a of *Schedule E/F*..............................................................

$774,798.10

3b. **Total amount of claims of nonpriority amount of unsecured claims:**
Copy the total amount of claims from Part 2 from line 5b of  *Schedule E/F*................................................

+ $1,498,405.44

4.    **Total liabilities** ...............................................................................................................
Lines 2 + 3a + 3b

$12,010,820.54

| | |
|---|---|
| Debtor Name | **Spectrum Healthcare Derby, LLC** |
| **United States Bankruptcy Court for the  District of Connecticut** | |
| Case number (if known): | **16-21636** |

**X** Check if this is an
amended filing

Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized.  In Schedule A/B, list any executory contracts or unexpired leases.  Also list them on  *Schedule G: Executory Contracts and Unexpired Leases*    (Official Form 206G).

Be complete and accurate as possible.  If more space is needed, attach a separate spreadsheet to this form.  At the top of any pages added, write the debtor's name and case number (if known).  Also identify the form and line number to which the additional information applies.  If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the approriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category.  List each asset only once.  In valuing the debtor's interest, do not deduct the value of secured claims.  See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1.** **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.

☑ Yes. Fill in the information below.

**All cash of cash equivalents owned or controlled by the debtor**

**Current value of debtor's interest**

**2.** **Cash on hand**

**3.** **Checking, savings, money market, or financial brokerage accounts**

| | Name of institution (bank or brokerage firm) | T ype of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1 | Wells Fargo | Operating | 2424 | $20,025.00 |
| 3.2 | Wells Fargo | Lockbox | 3647 | $29.00 |

**4.** **Other cash equivalents**

**5.** **Total of Part 1**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $20,054.00 |
|---|

| Part 2: | Deposits and prepayments |
|---|---|

**6.** **Does the debtor have any deposits or prepayments?**

Debtor  Spectrum Healthcare Derby, LLC                    Case Number (if known) 16-21636

☐ No. Go to Part 3.

☑ Yes. Fill in the information below.

**Current value of debtor's interest**

7.  **Deposits, including security deposits and utility deposits**
    Description, including name of holder of deposit

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
    Description, including name of holder of prepayment

    8.1  Prepaid insurance and other prepaid expenses - various                              $311,134.00
         holders

9.  **Total of Part 2**
    Add lines 7 through 8.  Copy the total to line 81.                              | **$311,134.00** |

---

| Part 3: | Accounts Receivable |

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.

    ☑ Yes. Fill in the information below.

**Current value of debtor's interest**

11. **Accounts receivable**

| | face amount | | doubtful or uncollectible accounts | | |
|---|---|---|---|---|---|
| 11a. 90 days old or less: | $1,536,500.00 | - | $0.00 | = | $1,536,500.00 |
| 11b. Over 90 days old: | $256,194.00 | - | $175,406.00 | = | $80,788.00 |

12. **Total of Part 3**
    Current value on lines 11a + 11b = line 12.  Copy the total to line 82.          | **$1,617,288.00** |

---

| Part 4: | Investments |

13. **Does the debtor own any investments?**

    ☑ No. Go to Part 5.

    ☐ Yes. Fill in the information below.

Debtor  Spectrum Healthcare Derby, LLC

Case Number (if known) 16-21636

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 14. | **Mutual funds of publicly traded stocks not included in Part 1**<br>Name of fund or stock: | | |
| 15. | **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** | | |
| 16. | **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1** | | |
| 17. | **Total of Part 4**<br>Add lines 14 through 16. Copy the total to line 83. | | |

| Part 5: | Inventory, excluding agricultural assets |
|---|---|

18. **Does the debtor own any inventory (excluding agricultual assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw Materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** | | | | |
| 22. **Other inventory or supplies** | | | | |

Debtor  Spectrum Healthcare Derby, LLC                                    Case Number (if known) 16-21636

23. **Total of Part 5**
    Add lines 19 through 22. Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**

    ☐ No.
    ☐ Yes.

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

    ☐ No.
    ☐ Yes.    Book Value $ _____    Valuation Method _____    Current Value $ _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

    ☐ No.
    ☐ Yes.

**Part 6:**        **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ☑ No. Go to Part 7.
    ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops - either planted of harvested** | | | |
| 29. **Farm animals** Examples: Livestock, poultry, farm-raised fish | | | |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |

Debtor  Spectrum Healthcare Derby, LLC                    Case Number (if known) 16-21636

---

32.  **Other farming and fishing-related property not already listed in Part 6**


33.  **Total of Part 6**
     Add lines 28 through 32. Copy the total to line 85.


34.  **Is the debtor a member of an agricultural cooperative?**

     ☐ No.
     ☐ Yes.


     **Is any of the debtor's property stored at the cooperative?**

     ☐ No.
     ☐ Yes.


35.  **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

     ☐ No.
     ☐ Yes.    Book Value $ _____    Valuation Method _____    Current Value $ _____


36.  **Is a depreciation schedule available for any of the property listed in Part 6?**

     ☐ No.
     ☐ Yes.


37.  **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

     ☐ No.
     ☐ Yes.


**Part 7:**    Office furniture, fixtures, and equipment; and collectibles

---

Debtor  Spectrum Healthcare Derby, LLC                                    Case Number (if known) 16-21636

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 39.1    Nursing home beds, equipment, snf furnishings | | Net book value | $244,869.00 |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 41.1    Computers | | Net book value | $10,835.00 |
| 42. **Collectibles** | | | |

42. Examples: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or

43. **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.                              | $255,704.00 |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No.
☑ Yes.

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No.
☐ Yes.

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

Debtor  Spectrum Healthcare Derby, LLC                                    Case Number (if known) 16-21636

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.  Automobiles, vans, trucks, motorcycles, trailers, or titled farm vehicles** | | | |
| **48.  Watercraft, trailers, motors, and related accessories**<br>Examples: Boats, trailers, motors, floating homes, personal watercraft, fishing vessels | | | |
| **49.  Aircraft and accessories** | | | |
| **50.  Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| **51.  Total of Part 8.**<br>Add lines 47 through 50. Copy the total to line 87. | | | |

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No.

☐ Yes.

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No.

☐ Yes.

**Part 9:        Real property**

54.  **Does the debtor own or lease any real property?**

Debtor  Spectrum Healthcare Derby, LLC                                    Case Number (if known) 16-21636

☑ No. Go to Part 10.

☐ Yes. Fill in the information below.

55.  **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

56.  **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No.

☐ Yes.

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No.

☐ Yes.

| Part 10: | Intangibles and intellectual property |
| --- | --- |

59.  **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |

60.  **Patents, copyrights, trademarks, or trade secrets**

61.  **Internet domain names and websites**

Debtor  Spectrum Healthcare Derby, LLC                              Case Number (if known) 16-21636

62.  **Licenses, franchises, and royalties**

62.1    Facility License                                                                                Unknown

63.  **Customer lists, mailing lists, or other compilations**

64.  **Other intangibles, or intellectual property**

65.  **Goodwill**

66.  **Total of Part 10.**
     Add lines 60 through 65.  Copy the total to line 89.

67.  **Do your lists or records include personally identifiable information of customers?**

     ☐ No.
     ☐ Yes.

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

     ☐ No.
     ☐ Yes.

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

     ☐ No.
     ☐ Yes.

**Part 11:**        **All other assets**

Debtor  Spectrum Healthcare Derby, LLC                    Case Number (if known) 16-21636

---

70. **Does the debtor own any other assets that have not yet been reported on this form?**

☑ No. Go to Part 12.

☐ Yes. Fill in the information below.

**Current value of
debtor's interest**

71. **Notes receivable**
Description (include name of obligor)

_____ - _____ =
Total face amount          Doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

   **Nature of claim**

   **Amount Requested**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off**

   **Nature of claim**

   **Amount Requested**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed**
Examples: Season tickets, country club membership

78. **Total of Part 11.**
Add lines 71 through 77.  Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

---

Debtor  Spectrum Healthcare Derby, LLC                                    Case Number (if known) 16-21636

☐ No.

☐ Yes.

| Part 12: | Summary |
|---|---|

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | **$20,054.00** | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | **$311,134.00** | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | **$1,617,288.00** | |
| 83. | **Investments.** *Copy line 17, Part 4.* | | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$255,704.00** | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | | |
| 88. | **Real Property.** *Copy line 56, Part 9.* | | |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | | |
| 91. | **Total.** Add lines 80 through 90 for each column. 91a. | **$2,204,180.00** ➕ 91b. | **$0.00** |
| 92. | **Total of all property on Schedule A/B.** Lines 91a + 91b = 92 ........................................................................ | | **$2,204,180.00** |

06-1557750
01/01/2015 - 12/31/2015

Sorted: General - Group

Case 16-21636    Doc 40    Filed 12/08/16    Entered 12/08/16 16:07:41    Desc Main
Document    Page 13 of 67

8/24/2016
1:52:19PM

## Depreciation Expense
Financial
01/01/2015 - 12/31/2015

| System No. | S | Description | Date In Service | Method / Conv. | Life | Cost / Other Basis | Sec. 179/ Bonus/ (Cur. Yr. Only) | Beg. Accum. Depreciation/ (Sec. 179) | Current Depreciation/ (Sec. 179) | Total Depreciation/ (Sec. 179) |
|---|---|---|---|---|---|---|---|---|---|---|
| **Building Improvements** | | | | | | | | | | |
| 48 | | Tile | 9/30/2007 | SL / N/A | 15.0000 | 1,230.00 | 0.00 | 594.50 | 82.00 | 676.50 |
| 49 | | 19 Plugs (Mr. Electric) | 10/31/2007 | SL / N/A | 15.0000 | 3,000.00 | 0.00 | 1,433.33 | 200.00 | 1,633.33 |
| 83 | | Robert's Unlimited  - Renovations | 2/26/2012 | SL / N/A | 27.5000 | 24,000.00 | 0.00 | 2,472.73 | 872.73 | 3,345.46 |
| 93 | | Roberts Unlimited-Renovate Resident F | 7/14/2013 | SL / N/A | 27.5000 | 6,812.00 | 0.00 | 371.57 | 247.71 | 619.28 |
| 94 | | Roberts Unlimited-Remove & Install Ne | 8/28/2013 | SL / N/A | 27.5000 | 5,500.00 | 0.00 | 266.67 | 200.00 | 466.67 |
| 95 | | Roberts Unlimited-Remove & Install Ne | 9/24/2013 | SL / N/A | 27.5000 | 6,050.00 | 0.00 | 275.00 | 220.00 | 495.00 |
| 96 | | Geico Insurance Claim | 8/1/2013 | SL / N/A | 27.5000 | -10,349.43 | 0.00 | -533.15 | -376.34 | -909.49 |
| 111 | | Kunzik Construction - Patio Concrete | 11/16/2015 | SL / N/A | 27.5000 | 4,000.00 | 0.00 | 0.00 | 12.12 | 12.12 |
| **Subtotal: Building Improvements** | | | | | | 40,242.57 | 0.00 | 4,880.65 | 1,458.22 | 6,338.87 |
| Less dispositions and exchanges: | | | | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Net for: Building Improvements** | | | | | | 40,242.57 | 0.00 | 4,880.65 | 1,458.22 | 6,338.87 |
| **Computer Hardware** | | | | | | | | | | |
| 75 | | Computer - Tools 4 Data | 12/31/2010 | SL / N/A | 5.0000 | 1,863.46 | 0.00 | 1,490.76 | 372.70 | 1,863.46 |
| 85 | | Computer - Tools 4 Data | 2/28/2011 | SL / N/A | 5.0000 | 2,485.29 | 0.00 | 1,905.40 | 497.06 | 2,402.46 |
| 92 | | Tools 4 Data - Computer | 3/15/2012 | SL / N/A | 5.0000 | 2,539.64 | 0.00 | 1,439.13 | 507.93 | 1,947.06 |
| 122 | | Computer - Tools 4 Data | 3/18/2015 | SL / N/A | 5.0000 | 1,621.69 | 0.00 | 0.00 | 243.26 | 243.26 |
| **Subtotal: Computer Hardware** | | | | | | 8,510.08 | 0.00 | 4,835.29 | 1,620.95 | 6,456.24 |
| Less dispositions and exchanges: | | | | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Net for: Computer Hardware** | | | | | | 8,510.08 | 0.00 | 4,835.29 | 1,620.95 | 6,456.24 |
| **FIXED EQUIPMENT** | | | | | | | | | | |
| 11 | | Boiler Section | 2/15/2000 | SL / N/A | 7.0000 | 3,200.00 | 0.00 | 3,200.00 | 0.00 | 3,200.00 |
| 12 | | Miscellaneous Fixed | 7/15/2000 | SL / N/A | 7.0000 | 825.00 | 0.00 | 825.00 | 0.00 | 825.00 |
| 13 | | Boiler Section | 8/15/2000 | SL / N/A | 7.0000 | 6,139.00 | 0.00 | 6,139.00 | 0.00 | 6,139.00 |
| 14 | | Sacier Mechanical | 8/31/2001 | SL / N/A | 5.0000 | 8,800.00 | 0.00 | 8,800.00 | 0.00 | 8,800.00 |
| 17 | | Hot Water Heater | 8/31/2002 | SL / N/A | 5.0000 | 7,861.00 | 0.00 | 7,861.00 | 0.00 | 7,861.00 |
| 18 | | New Compressor | 8/31/2002 | SL / N/A | 5.0000 | 1,403.00 | 0.00 | 1,403.00 | 0.00 | 1,403.00 |
| 19 | | Compressor 2 | 8/31/2002 | SL / N/A | 5.0000 | 1,452.00 | 0.00 | 1,452.00 | 0.00 | 1,452.00 |
| 20 | | Washer | 11/30/2002 | SL / N/A | 5.0000 | 3,718.00 | 0.00 | 3,718.00 | 0.00 | 3,718.00 |
| 35 | | Mechanical Patient Lifts | 11/5/2005 | SL / N/A | 10.0000 | 3,556.50 | 0.00 | 3,260.13 | 296.37 | 3,556.50 |
| 36 | | Gas Stove Improvement | 2/18/2005 | SL / N/A | 10.0000 | 1,121.95 | 0.00 | 1,103.30 | 18.65 | 1,121.95 |
| 37 | | Boiler Improvement | 12/8/2005 | SL / N/A | 20.0000 | 4,434.00 | 0.00 | 2,013.77 | 221.70 | 2,235.47 |
| 52 | | (2) Water Heaters | 4/29/2008 | SL / N/A | 5.0000 | 3,542.00 | 0.00 | 3,542.00 | 0.00 | 3,542.00 |
| 53 | | A/C Unit Payroll Dept. | 6/18/2008 | SL / N/A | 5.0000 | 2,000.00 | 0.00 | 2,000.00 | 0.00 | 2,000.00 |
| 56 | | Builders Hardware - Door | 1/31/2009 | SL / N/A | 15.0000 | 2,104.76 | 0.00 | 830.23 | 140.32 | 970.55 |
| 57 | | HVAC Improvements | 1/31/2009 | SL / HY | 10.0000 | 3,558.00 | 0.00 | 1,956.90 | 355.80 | 2,312.70 |
| 58 | | HVAC Improvements | 3/31/2009 | SL / N/A | 10.0000 | 934.00 | 0.00 | 537.05 | 93.40 | 630.45 |
| 59 | | Fire Systems - Nurse Call System Cont | 5/31/2009 | SL / N/A | 10.0000 | 3,651.70 | 0.00 | 2,038.87 | 365.17 | 2,404.04 |
| 67 | | Heat Exchanger- Saucier Mechanical S | 1/31/2010 | SL / N/A | 15.0000 | 8,395.00 | 0.00 | 2,751.71 | 559.67 | 3,311.38 |
| 68 | | Condenser Unit - Saucier Mechanical S | 5/31/2010 | SL / N/A | 15.0000 | 3,560.00 | 0.00 | 1,087.76 | 237.33 | 1,325.09 |
| 69 | | Baseboard Covers - Saucier Mechanica | 8/31/2010 | SL / N/A | 15.0000 | 22,450.00 | 0.00 | 6,485.57 | 1,496.67 | 7,982.24 |
| 70 | | Boiler Room Expansion Tank - Saucier | 12/31/2010 | SL / N/A | 20.0000 | 7,525.00 | 0.00 | 1,505.00 | 376.25 | 1,881.25 |
| 76 | | Saucier Mechanical-Ductless split syst | 5/31/2011 | SL / N/A | 15.0000 | 3,715.00 | 0.00 | 887.48 | 247.67 | 1,135.15 |

06-1557750
01/01/2015 - 12/31/2015

Sorted: General - Group

Case 16-21636    Doc 40    Filed 12/08/16    Entered 12/08/16 16:07:41    Desc Main
Document    Page 14 of 67

8/24/2016
1:52:19PM

## Depreciation Expense

Financial

01/01/2015 - 12/31/2015

| System No. | S | Description | Date In Service | Method / Conv. | Life | Cost / Other Basis | Sec. 179/ Bonus/ (Cur. Yr. Only) | Beg. Accum. Depreciation/ (Sec. 179) | Current Depreciation/ (Sec. 179) | Total Depreciation/ (Sec. 179) |
|---|---|---|---|---|---|---|---|---|---|---|
| **FIXED EQUIPMENT** | | | | | | | | | | |
| 77 | | Saucier Mechanical-Ductless split syst | 7/31/2011 | SL / N/A | 15.0000 | 5,575.00 | 0.00 | 1,269.87 | 371.67 | 1,641.54 |
| 78 | | HPC Foodservice-Grease Trap | 7/31/2011 | SL / N/A | 15.0000 | 8,720.70 | 0.00 | 1,986.38 | 581.38 | 2,567.76 |
| 79 | | BSC Care-Freezer | 10/31/2011 | SL / N/A | 10.0000 | 5,522.43 | 0.00 | 1,748.76 | 552.24 | 2,301.00 |
| 86 | | BSD Care - Freezer | 2/28/2012 | SL / N/A | 5.0000 | 4,481.00 | 0.00 | 2,539.23 | 896.20 | 3,435.43 |
| 97 | | Saucier Mechanical - Hot Water Coil | 5/31/2013 | SL / N/A | 5.0000 | 4,195.00 | 0.00 | 1,328.42 | 839.00 | 2,167.42 |
| 98 | | Saucier Mechanical - Hot Water Coil | 11/30/2013 | SL / N/A | 5.0000 | 5,125.00 | 0.00 | 1,110.42 | 1,025.00 | 2,135.42 |
| 99 | | Saucier Mechanical-Boiler System | 11/30/2013 | SL / N/A | 5.0000 | 3,505.00 | 0.00 | 759.42 | 701.00 | 1,460.42 |
| 100 | | Saucier Mechanical-Boiler System | 11/30/2013 | SL / N/A | 5.0000 | 4,323.00 | 0.00 | 936.65 | 864.60 | 1,801.25 |
| 102 | | Saucier Mechanical - Boiler System | 1/31/2014 | SL / N/A | 5.0000 | 3,990.00 | 0.00 | 731.50 | 798.00 | 1,529.50 |
| 103 | | Saucier Mechanical - Boiler System | 1/31/2014 | SL / N/A | 5.0000 | 887.00 | 0.00 | 162.62 | 177.40 | 340.02 |
| 112 | | Saucier Mechanical - Boiler System | 2/28/2015 | SL / N/A | 5.0000 | 5,585.00 | 0.00 | 0.00 | 930.83 | 930.83 |
| 113 | | Saucier Mechanical - Boiler System | 5/31/2015 | SL / N/A | 5.0000 | 6,825.00 | 0.00 | 0.00 | 796.25 | 796.25 |
| 114 | | Siemens - Nurse Call System | 11/23/2015 | SL / N/A | 5.0000 | 5,104.80 | 0.00 | 0.00 | 85.08 | 85.08 |
| 115 | | Saucier Mechanical - Boiler System | 12/16/2015 | SL / N/A | 5.0000 | 6,520.98 | 0.00 | 0.00 | 108.68 | 108.68 |
| 116 | | Saucier Mechanical - Compressor | 12/31/2015 | SL / N/A | 5.0000 | 5,840.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Subtotal: FIXED EQUIPMENT** | | | | | | 180,145.82 | 0.00 | 75,971.04 | 13,136.33 | 89,107.37 |
| Less dispositions and exchanges: | | | | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Net for: FIXED EQUIPMENT** | | | | | | 180,145.82 | 0.00 | 75,971.04 | 13,136.33 | 89,107.37 |
| **MOVEABLE EQUIPMENT** | | | | | | | | | | |
| 1 | | CPU | 11/15/1999 | SL / N/A | 5.0000 | 3,483.45 | 0.00 | 3,467.97 | 0.00 | 3,467.97 |
| 2 | | Computer software | 11/15/1999 | SL / N/A | 3.0000 | 28,230.26 | 0.00 | 28,230.26 | 0.00 | 28,230.26 |
| 3 | | Laminating equipment | 11/15/1999 | SL / N/A | 5.0000 | 2,932.82 | 0.00 | 2,919.80 | 0.00 | 2,919.80 |
| 4 | | Modems | 11/15/1999 | SL / N/A | 5.0000 | 498.16 | 0.00 | 495.95 | 0.00 | 495.95 |
| 5 | | Miscellaneous Equipment | 2/15/2000 | SL / N/A | 5.0000 | 299.90 | 0.00 | 299.90 | 0.00 | 299.90 |
| 6 | | Miscellaneous Equipment | 3/15/2000 | SL / N/A | 5.0000 | 280.57 | 0.00 | 280.57 | 0.00 | 280.57 |
| 7 | | HP Capital Lease | 3/15/2000 | SL / N/A | 5.0000 | 36,515.00 | 0.00 | 36,515.00 | 0.00 | 36,515.00 |
| 8 | | Alpha Med | 7/15/2000 | SL / N/A | 7.0000 | 674.29 | 0.00 | 674.29 | 0.00 | 674.29 |
| 9 | | Kittredge Equipment | 9/15/2000 | SL / N/A | 7.0000 | 3,272.85 | 0.00 | 3,272.85 | 0.00 | 3,272.85 |
| 10 | | Buffer | 12/31/2000 | SL / N/A | 7.0000 | 1,246.00 | 0.00 | 1,246.00 | 0.00 | 1,246.00 |
| 15 | | Computerland | 3/31/2001 | SL / N/A | 3.0000 | 9,026.00 | 0.00 | 9,026.00 | 0.00 | 9,026.00 |
| 16 | | HP Computer Lease | 6/30/2001 | SL / N/A | 3.0000 | 26,300.00 | 0.00 | 26,300.00 | 0.00 | 26,300.00 |
| 21 | | Administrator Computer | 10/31/2002 | SL / N/A | 5.0000 | 1,127.84 | 0.00 | 1,127.84 | 0.00 | 1,127.84 |
| 38 | | Filing Cabinets | 11/5/2005 | SL / N/A | 15.0000 | 508.76 | 0.00 | 310.93 | 33.92 | 344.85 |
| 39 | | Phones | 12/5/2005 | SL / N/A | 10.0000 | 1,995.40 | 0.00 | 1,812.49 | 182.91 | 1,995.40 |
| 40 | | New Server | 5/12/2005 | SL / N/A | 5.0000 | 10,787.00 | 0.00 | 10,787.00 | 0.00 | 10,787.00 |
| 41 | | Food Processor | 7/15/2005 | SL / N/A | 5.0000 | 1,484.00 | 0.00 | 1,484.00 | 0.00 | 1,484.00 |
| 42 | | TV's for Patient Rooms | 12/29/2005 | SL / N/A | 5.0000 | 1,754.80 | 0.00 | 1,754.80 | 0.00 | 1,754.80 |
| 43 | | Oxygen concentrators | 9/17/2006 | SL / N/A | 5.0000 | 7,635.00 | 0.00 | 7,635.00 | 0.00 | 7,635.00 |
| 44 | | Computer | 5/31/2006 | SL / N/A | 5.0000 | 1,575.00 | 0.00 | 1,575.00 | 0.00 | 1,575.00 |
| 45 | | Drain snake | 5/31/2006 | SL / N/A | 5.0000 | 1,651.00 | 0.00 | 1,651.00 | 0.00 | 1,651.00 |
| 46 | | Medical equipment | 7/12/2006 | SL / N/A | 5.0000 | 4,779.00 | 0.00 | 4,779.00 | 0.00 | 4,779.00 |
| 47 | | Computer | 11/14/2006 | SL / N/A | 5.0000 | 1,255.00 | 0.00 | 1,255.00 | 0.00 | 1,255.00 |
| 50 | | Desktop - social serv | 5/31/2007 | SL / N/A | 5.0000 | 1,398.61 | 0.00 | 1,398.61 | 0.00 | 1,398.61 |

06-1557750
01/01/2015 - 12/31/2015

Sorted: General - Group

Case 16-21636    Doc 40    Filed 12/08/16    Entered 12/08/16 16:07:41    Desc Main
Document    Page 15 of 67

Depreciation Expense
Financial
01/01/2015 - 12/31/2015

8/24/2016
1:52:19PM

| System No. | S | Description | Date In Service | Method / Conv. | Life | Cost / Other Basis | Sec. 179/ Bonus/ (Cur. Yr. Only) | Beg. Accum. Depreciation/ (Sec. 179) | Current Depreciation/ (Sec. 179) | Total Depreciation/ (Sec. 179) |
|---|---|---|---|---|---|---|---|---|---|---|
| **MOVEABLE EQUIPMENT** | | | | | | | | | | |
| 51 | | 8 Enduroz Concentrators - Medline Ind | 12/12/2007 | SL / N/A | 5.0000 | 4,341.76 | 0.00 | 4,341.76 | 0.00 | 4,341.76 |
| 54 | | A/C Unit Payroll Dept. | 6/18/2008 | SL / N/A | 5.0000 | 3,010.00 | 0.00 | 3,010.00 | 0.00 | 3,010.00 |
| 55 | | (2) Water Heaters | 4/29/2008 | SL / N/A | 5.0000 | 1,795.00 | 0.00 | 1,795.00 | 0.00 | 1,795.00 |
| 60 | | Tools 4 Data - Computers | 1/31/2009 | SL / N/A | 5.0000 | 4,186.00 | 0.00 | 4,186.00 | 0.00 | 4,186.00 |
| 61 | | Tools 4 Data - Computer | 1/31/2009 | SL / N/A | 5.0000 | 705.00 | 0.00 | 705.00 | 0.00 | 705.00 |
| 62 | | Tools 4 Data - DVD | 3/31/2009 | SL / N/A | 5.0000 | 920.00 | 0.00 | 920.00 | 0.00 | 920.00 |
| 63 | | Tools 4 Data - Computer | 6/30/2009 | SL / N/A | 5.0000 | 1,005.00 | 0.00 | 1,005.00 | 0.00 | 1,005.00 |
| 64 | | Tools 4 Data - Computer | 8/31/2009 | SL / N/A | 5.0000 | 1,023.00 | 0.00 | 1,023.00 | 0.00 | 1,023.00 |
| 65 | | Alpha-Med-Mattress | 10/31/2009 | SL / N/A | 10.0000 | 1,075.00 | 0.00 | 555.42 | 107.50 | 662.92 |
| 66 | | Tools 4 Data - Computer | 12/31/2009 | SL / N/A | 5.0000 | 549.00 | 0.00 | 549.00 | 0.00 | 549.00 |
| 71 | | Med Rehab Equipment - Alpha | 1/13/2010 | SL / N/A | 7.0000 | 3,565.00 | 0.00 | 2,546.45 | 509.29 | 3,055.74 |
| 72 | | Electronic Lift - Alpha | 3/10/2010 | SL / N/A | 10.0000 | 1,695.95 | 0.00 | 819.73 | 169.60 | 989.33 |
| 73 | | Disposal - HBC Food Service | 10/31/2010 | SL / N/A | 10.0000 | 2,998.30 | 0.00 | 1,249.29 | 299.83 | 1,549.12 |
| 74 | | Concentrators - Medline | 12/31/2010 | SL / N/A | 8.0000 | 3,504.70 | 0.00 | 1,752.36 | 438.09 | 2,190.45 |
| 80 | | Direct Supply - Chairs & Sofa | 2/28/2011 | SL / N/A | 12.0000 | 2,504.13 | 0.00 | 799.94 | 208.68 | 1,008.62 |
| 81 | | Ryan Business Systems - Copier | 3/31/2011 | SL / N/A | 7.0000 | 7,780.40 | 0.00 | 4,168.09 | 1,111.49 | 5,279.58 |
| 82 | | BSD Care - Bed | 7/31/2011 | SL / N/A | 12.0000 | 2,318.26 | 0.00 | 660.07 | 193.19 | 853.26 |
| 84 | | Orbitech satelite Services-Basic 48 Cha | 7/31/2011 | SL / N/A | 10.0000 | 8,983.50 | 0.00 | 3,069.36 | 898.35 | 3,967.71 |
| 87 | | BSD Care - Vital Monitor | 1/26/2012 | SL / N/A | 5.0000 | 1,637.81 | 0.00 | 955.38 | 327.56 | 1,282.94 |
| 88 | | BSD Care - Mattress | 3/2/2012 | SL / N/A | 5.0000 | 1,032.00 | 0.00 | 584.80 | 206.40 | 791.20 |
| 89 | | Medline - Electric Bed | 4/3/2012 | SL / N/A | 5.0000 | 2,526.81 | 0.00 | 1,389.74 | 505.36 | 1,895.10 |
| 90 | | Alpha-Med - Concentrators | 8/8/2012 | SL / N/A | 5.0000 | 4,894.95 | 0.00 | 2,365.89 | 978.99 | 3,344.88 |
| 91 | | BSD Care - Wander Guard | 9/25/2012 | SL / N/A | 5.0000 | 1,305.29 | 0.00 | 587.39 | 261.06 | 848.45 |
| 101 | | H&R Healthcare-Geri Chair | 11/30/2013 | SL / N/A | 5.0000 | 2,653.43 | 0.00 | 574.91 | 530.69 | 1,105.60 |
| 104 | | BSD Care - Mattresses - 2 | 1/31/2014 | SL / N/A | 5.0000 | 1,643.00 | 0.00 | 301.22 | 328.60 | 629.82 |
| 105 | | BSD Care - Mattresses - 4 | 1/31/2014 | SL / N/A | 5.0000 | 3,271.00 | 0.00 | 599.68 | 654.20 | 1,253.88 |
| 106 | | BSD Care - Cart | 1/31/2014 | SL / N/A | 5.0000 | 2,075.00 | 0.00 | 380.42 | 415.00 | 795.42 |
| 107 | | BSD Care | 4/30/2014 | SL / N/A | 5.0000 | 2,442.00 | 0.00 | 325.60 | 488.40 | 814.00 |
| 108 | | BSD Care - Mattresses - 6 | 8/31/2014 | SL / N/A | 5.0000 | 1,259.00 | 0.00 | 83.93 | 251.80 | 335.73 |
| 109 | | BSD Care - Mattresses - 2 | 9/30/2014 | SL / N/A | 5.0000 | 1,673.00 | 0.00 | 83.65 | 334.60 | 418.25 |
| 110 | | Proline - Booster Heater | 12/31/2014 | SL / N/A | 5.0000 | 3,919.93 | 0.00 | 0.00 | 783.99 | 783.99 |
| 117 | | Geriatric Medical - Mattresses (6) | 9/24/2015 | M / HY | 5.0000 | 1,190.05 | 0.00 | 0.00 | 714.03 | 714.03 |
| 118 | | Geriatric Medical - Concentrators (2) | 9/24/2015 | SL / N/A | 5.0000 | 1,375.11 | 0.00 | 0.00 | 68.76 | 68.76 |
| 119 | | Geriatric Medical - full body sling | 9/24/2015 | SL / N/A | 5.0000 | 2,146.78 | 0.00 | 0.00 | 107.34 | 107.34 |
| 120 | | Warehouse Store Fixture - Refrigerator | 11/16/2015 | SL / N/A | 5.0000 | 4,265.00 | 0.00 | 0.00 | 71.08 | 71.08 |
| 121 | | Geriatric Medical - Mattress | 12/9/2015 | SL / N/A | 5.0000 | 1,058.18 | 0.00 | 0.00 | 17.64 | 17.64 |
| **Subtotal: MOVEABLE EQUIPMENT** | | | | | | 241,039.05 | 0.00 | 189,687.34 | 11,198.35 | 200,885.69 |
| Less dispositions and exchanges: | | | | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Net for: MOVEABLE EQUIPMENT** | | | | | | 241,039.05 | 0.00 | 189,687.34 | 11,198.35 | 200,885.69 |
| **Subtotal:** | | | | | | 469,937.52 | 0.00 | 275,374.32 | 27,413.85 | 302,788.17 |
| Less dispositions and exchanges: | | | | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Grand Totals:** | | | | | | 469,937.52 | 0.00 | 275,374.32 | 27,413.85 | 302,788.17 |

| Debtor Name | **Spectrum Healthcare Derby, LLC** |
|---|---|

**United States Bankruptcy Court for the  District of Connecticut**

| Case number (if known): | **16-21636** |
|---|---|

**X** Check if this is an
amended filing

## Official Form 206D

# Schedule D - Creditors Who Have Claims Secured by Property                    12/15

**Be as complete and accurate as possible**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules.  Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

### Part 1:    List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  |  | Amount of Claim<br>Do not deduct the<br>value of collateral | Value of collateral<br>that supports this<br>claim |
|---|---|---|---|

**2.1**

| **Creditor's name**<br>MIDCAP FUNDING IV TRUST, A DELAWARE STAT | **Describe debtor's property that is subject to a lien**<br>ALL ASSETS<br>TERM LOAN | $1,244,879.00 | $1,244,879.00 |
|---|---|---|---|

**Creditor's mailing address**

(FORMERLY KNOWN AS MIDCAP FUNDING IV, LLC)
ATTN: OFFICER, GENERAL OR MANAGING AGENT
7255 WOODMONT AVENUE
SUITE 200
BETHESDA, MD 20814

**Creditor's email address, if known**

**Describe the lien**

_____

**Date debt was incurred**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Last four digits of
account number**

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor, and its relative priority.

☐ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**

☐ Contingent

☐ Unliquidated

☐ Disputed

☐ Yes.  The relative priority of creditors is specified on lines

**3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**              $9,737,617.00

| Debtor Name | **Spectrum Healthcare Derby, LLC** | Case number (if known): **16-21636** |
|---|---|---|

## Part 1:    Additional Page(s)

| | Amount of Claim | Value of collateral |
|---|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | Do not deduct the value of collateral | that supports this claim |

**2.2**

**Creditor's name**

MIDLAND LOAN SERVICES, INC., AS ASSIGNEE

**Creditor's mailing address**

OF LOVE FUNDING CORPORATION
ATTN: OFFICER, GENERAL OR MANAGING AGENT
14125 CLAYTON ROAD
CHESTERFIELD, MO 63017

**Creditor's email address, if known**

**Date debt was incurred**

**Last four digits of account number**

**Do multiple creditors have an interest in the same property?**

- [x] No
- [ ] Yes. Have you already specified the relative priority?
    - [ ] No. Specify each creditor, including this creditor, and its relative priority.
    - [ ] Yes.  The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

ALL ASSETS OTHER THAN THE A/R LENDER COLLATERAL,
DEFINED AS ALL PRESENT AND FUTURE ACCOUNTS, GOVERNMENT CONTRACTS, MONEY, DEPOSIT ACCOUNTS AND
THE PROCEEDS  AND PRODUCT OF THE FOREGOING

$8,492,738.00                $255,704.00

**Describe the lien**

**Is the creditor an insider or related party?**

- [x] No
- [ ] Yes

**Is anyone else liable on this claim?**

- [x] No
- [ ] Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

| Debtor Name | **Spectrum Healthcare Derby, LLC** |
|---|---|

**United States Bankruptcy Court for the District of Connecticut**

Case number (if known): **16-21636**

[X] Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F - Creditors Who Have Claims Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on **Schedule A/B: Assets - Real and Personal Property** (Official Form 206A/B) and on **Schedule G: Executory Contracts and Unexpired Leases** (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

**1. Do any creditors have priority unsecured claims?**

[ ] No. Go to Part 2.

[X] Yes. Go to line 2.

**2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | **Priority creditor's name and mailing address** | | |
| | DEPARTMENT OF REVENUE SERVICES P.O. BOX 2936 HARTFORD, CT 06104-2936 | As of the petition filing date, the claim is: [ ] Contingent [ ] Unliquidated [ ] Disputed | $725,799.10 / $725,799.10 |

As of the petition filing date, the claim is: $725,799.10 | $725,799.10

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
PROVIDER TAXES

Last 4 digits of account number

Is the claim subject to offset?
[X] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( )

---

**2.2** Priority creditor's name and mailing address
NEW ENGLAND HEALTH CARE EMPLOYEES PENSION FUND

As of the petition filing date, the claim is: $48,999.00 | $48,999.00

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
DELINQUENT PAYMENTS FOR AUG & SEP 2016 AND AUDIT

Last 4 digits of account number

Is the claim subject to offset?
[X] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( )

Debtor Name    **Spectrum Healthcare Derby, LLC**    Case number (if known): **16-21636**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

Amount of claim

**3.1** Nonpriority creditor's name and mailing address
1199 TRAINING & UPGRADING FUND
ATTN: OFFICER, GENERAL OR MANAGING AGENT
77 HUYSHOPE AV
2ND FLOOR
HARTFORD, CT 06106

**As of the petition filing date, the claim is:**    $4,328.86
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
VENDOR

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.2** Nonpriority creditor's name and mailing address
ACCELERATED CARE PLUS LEASING, INC.
ATTN: OFFICER, GENERAL OR MANAGING AGENT
13828 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

**As of the petition filing date, the claim is:**    $1,127.68
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
VENDOR

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.3** Nonpriority creditor's name and mailing address
ACCENT
ATTN: OFFICER, GENERAL OR MANAGING AGENT
PO BOX 952366
ST. LOUIS, MO 63195-2366

**As of the petition filing date, the claim is:**    $10,860.47
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
VENDOR

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.4** Nonpriority creditor's name and mailing address
ACCESS AMBULANCE SERVICE
ATTN: OFFICER, GENERAL OR MANAGING AGENT
P.O. BOX 188
NORTH HAVEN, CT 06473

**As of the petition filing date, the claim is:**    $62.42
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
VENDOR

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name   **Spectrum Healthcare Derby, LLC** Case number (if known): **16-21636**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.5** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $5,800.00

ACCUSCRIPT CONSULTING SERVICES
ATTN: OFFICER, GENERAL OR MANAGING AGENT
15 AMERICA AVENUE
SUITE 204
LAKEWOOD, NJ 08701

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VENDOR

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.6** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $96.01

ADVANCED CARDIOVASCULAR

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VENDOR

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.7** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $2,160.00

ADVANCED DENTAL OFFICE
ATTN: OFFICER, GENERAL OR MANAGING AGENT
1250 SUMMER STR.,
SUITE 302
STAMFORD, CT 06905

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VENDOR

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.8** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $2,021.88

AFLAC NEW YORK
ATTN: OFFICER, GENERAL OR MANAGING AGENT
22 CORPORATE WOODS BLVD
STE 2
ALBANY, NY 12211-2387

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VENDOR

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name    **Spectrum Healthcare Derby, LLC**   Case number (if known): **16-21636**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

| | | **Amount of claim** |
|---|---|---|

**3.9** **Nonpriority creditor's name and mailing address**
ALICE DUNLAP

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VENDOR

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

$10,860.47

---

**3.10** **Nonpriority creditor's name and mailing address**
ALL STATE FIRE EQUIP. CO. OF SOUTHERN CT, LLC
ATTN: OFFICER, GENERAL OR MANAGING AGENT
P.O. BOX 4370
WALLINGFORD, CT 06492

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VENDOR

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

$768.38

---

**3.11** **Nonpriority creditor's name and mailing address**
ALLSCRIPTS
ATTN: OFFICER, GENERAL OR MANAGING AGENT
24630 NETWORK PLACE
CHICAGO, IL 60673-1246

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VENDOR

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

$1,755.61

---

**3.12** **Nonpriority creditor's name and mailing address**
AMERICAN ARBITRATION ASSO
ATTN: OFFICER, GENERAL OR MANAGING AGENT
ONE CENTER PLAZA
THIRD FLOOR
BOSTON, MA 02108

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VENDOR

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

$1,500.00

---

Debtor Name    **Spectrum Healthcare Derby, LLC**    Case number (if known): **16-21636**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.13**  **Nonpriority creditor's name and mailing address**

AMERICAN MEDICAL RESPONSE
ATTN: OFFICER, GENERAL OR MANAGING AGENT
55 CHURCH STREET
NEW HAVEN, CT 06510

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**    $4,515.50

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.14**  **Nonpriority creditor's name and mailing address**

ANDY'S OIL SERVICE
ATTN: OFFICER, GENERAL OR MANAGING AGENT
331 WALNUT STREET
WATERBURY, CT 06704

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**    $50.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.15**  **Nonpriority creditor's name and mailing address**

ANGELA SHERIDAN

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**    $113.75

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.16**  **Nonpriority creditor's name and mailing address**

ANSONIA PODIATRY ASSOCIATES, LLC
ATTN: OFFICER, GENERAL OR MANAGING AGENT
364 EAST MAIN STREET
ANSONIA CT 06401-1904

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**    $15.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.17** **Nonpriority creditor's name and mailing address**
ASSURANT EMPLOYEE BENEFITS
ATTN: OFFICER, GENERAL OR MANAGING AGENT
P.O. BOX 807009
KANSAS CITY, MO 64184-7009

**As of the petition filing date, the claim is:**    $330.80
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
VENDOR

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.18** **Nonpriority creditor's name and mailing address**
AT&T
ATTN: OFFICER, GENERAL OR MANAGING AGENT
P.O. BOX 5019
CAROL STREAM, IL 60197-5082

**As of the petition filing date, the claim is:**    $2,629.52
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
VENDOR

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.19** **Nonpriority creditor's name and mailing address**
AUTOMATED LOGIC CONSTRUCTION SERVICES
ATTN: OFFICER, GENERAL OR MANAGING AGENT
P.O. BOX 403257
ATLANTA, GA 30384-3257

**As of the petition filing date, the claim is:**    $1,555.91
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
VENDOR

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.20** **Nonpriority creditor's name and mailing address**
BBC LIGHTING & SUPPLY
ATTN: OFFICER, GENERAL OR MANAGING AGENT
2015 WEST ST. PAULE AVE.
MILWAUKEE, WI 53233

**As of the petition filing date, the claim is:**    $525.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
VENDOR

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor Name   **Spectrum Healthcare Derby, LLC**   Case number (if known): **16-21636**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Amount of claim**

---

**3.21**

**Nonpriority creditor's name and mailing address**
BERNADETTE WARNES

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,316.00

**Date or dates debt was incurred**

**Basis for the claim:**
VENDOR

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.22**

**Nonpriority creditor's name and mailing address**
BILL KOHLER
135 IDA AVE
DERBY, CT 06418

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

$125.00

**Date or dates debt was incurred**

**Basis for the claim:**
VENDOR

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.23**

**Nonpriority creditor's name and mailing address**
BILL WALACH
12 MOUNTAIN STREET
ROCKVILLE, CT 06066

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

$120.00

**Date or dates debt was incurred**

**Basis for the claim:**
VENDOR

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.24**

**Nonpriority creditor's name and mailing address**
CARDIOLOGY ASSOCIATES OF DERBY, P.C.
ATTN: OFFICER, GENERAL OR MANAGING AGENT
130 DIVISION ST
DERBY, CT 06418

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

$68.98

**Date or dates debt was incurred**

**Basis for the claim:**
VENDOR

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name   **Spectrum Healthcare Derby, LLC**   Case number (if known): **16-21636**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

|  | Amount of claim |
|---|---|

**3.25** | **Nonpriority creditor's name and mailing address**
CARLOS SCHWEITZER, MD
300 SEYMOUR AVENUE
DERBY, CT 06418

**As of the petition filing date, the claim is:**   $2,640.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VENDOR

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.26** | **Nonpriority creditor's name and mailing address**
CARSTENS
ATTN: OFFICER, GENERAL OR MANAGING AGENT
P.O. BOX 99110
CHICAGO, IL 60693

**As of the petition filing date, the claim is:**   $786.47
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VENDOR

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.27** | **Nonpriority creditor's name and mailing address**
CATHERINE DONROE
ATTN: OFFICER, GENERAL OR MANAGING AGENT
51 ELM ST
ANSONIA, CT 06401

**As of the petition filing date, the claim is:**   $100.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VENDOR

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.28** | **Nonpriority creditor's name and mailing address**
CATHERINE LAWSON

**As of the petition filing date, the claim is:**   $79.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VENDOR

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name   **Spectrum Healthcare Derby, LLC**   Case number (if known): **16-21636**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

| | | **Amount of claim** |
|---|---|---|

**3.29**

**Nonpriority creditor's name and mailing address**
CATRD INC.
C/O MARION PIERCE
113 SOUTHWOOD TERRACE
SOUTHBURY, CT 06488

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**   $95.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.30**

**Nonpriority creditor's name and mailing address**
CIGNA HEALTHCARE
C/O WELLS FARGO BANK
DEPT 59
DENVER, CO 80291

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**   $27,004.56
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.31**

**Nonpriority creditor's name and mailing address**
CITY OF DERBY
ATTN: OFFICER, GENERAL OR MANAGING AGENT
35 FIFTH STREET CITY HALL
DERBY, CT 06418

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**   $4,605.55
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PERSONAL PROPERTY TAXES

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.32**

**Nonpriority creditor's name and mailing address**
COMCAST
ATTN: OFFICER, GENERAL OR MANAGING AGENT
P.O. BOX 1577
NEWARK, NJ 07101-1577

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**   $291.56
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name   **Spectrum Healthcare Derby, LLC**   Case number (if known): **16-21636**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Amount of claim**

**3.33**

**Nonpriority creditor's name and mailing address**
CONN ORTHOPEDIC SPECIALST
ATTN: OFFICER, GENERAL OR MANAGING AGENT
P.O. BOX 5576
HAMDEN, CT 06518

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$280.00

**3.34**

**Nonpriority creditor's name and mailing address**
CONNECTICARE, INC.
ATTN: OFFICER, GENERAL OR MANAGING AGENT
P.O. BOX 416191
BOSTON, MA 02241-6191

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$39,211.05

**3.35**

**Nonpriority creditor's name and mailing address**
CONNECTICUT HANDIVAN, INC
ATTN: OFFICER, GENERAL OR MANAGING AGENT
P.O. BOX 188
163 QUINNIPIAC AVENUE
NORTH HAVEN, CT 06473

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$448.00

**3.36**

**Nonpriority creditor's name and mailing address**
CONNECTICUT PEST ELIMINATION, INC
ATTN: OFFICER, GENERAL OR MANAGING AGENT
PO BOX 422
WEST HAVEN, CT 06516-9801

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$125.00

Debtor Name   **Spectrum Healthcare Derby, LLC**   Case number (if known): **16-21636**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.37**   **Nonpriority creditor's name and mailing address**

CREATIVE FORECASTING INC.
ATTN: OFFICER, GENERAL OR MANAGING AGENT
P.O. BOX 7789
COLORADO SPRNGS, CO 80933

**As of the petition filing date, the claim is:**   $60.00
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
VENDOR

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.38**   **Nonpriority creditor's name and mailing address**

CT ACHCA
ATTN: OFFICER, GENERAL OR MANAGING AGENT
111 FOUNDER'S PLAZA
SUITE 1002
EAST HARTFORD, CT 06108

**As of the petition filing date, the claim is:**   $150.00
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
VENDOR

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.39**   **Nonpriority creditor's name and mailing address**

CT ASSOC OF HEALTHCARE FA
ATTN: OFFICER, GENERAL OR MANAGING AGENT
213 COURT ST
SUITE 202
MIDDLETOWN, CT 06457

**As of the petition filing date, the claim is:**   $4,776.80
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
VENDOR

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.40**   **Nonpriority creditor's name and mailing address**

CT EMERGENCY MEDICINE SPECIALISTS LLC
ATTN: OFFICER, GENERAL OR MANAGING AGENT
P.O. BOX 2699
DEPT. 200
HARTFORD, CT 06146-2699

**As of the petition filing date, the claim is:**   $300.56
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
VENDOR

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

|  | **Amount of claim** |
|---|---|

**3.41** | **Nonpriority creditor's name and mailing address**

CT IMAGE GUIDED SURGERY
ATTN: OFFICER, GENERAL OR MANAGING AGENT
P.O. BOX 27131
NEWARK, NJ 07101

**$3,199.88**

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VENDOR

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.42** | **Nonpriority creditor's name and mailing address**

CT ORTHO SPECIALIST PC
ATTN: OFFICER, GENERAL OR MANAGING AGENT
2408 WHITNEY AVE
HAMDEN, CT 06518

**$188.00**

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VENDOR

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.43** | **Nonpriority creditor's name and mailing address**

DAN STEVENS
P.O. BOX 4028
OLD LYME, CT 06371-4028

**$125.00**

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VENDOR

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.44** | **Nonpriority creditor's name and mailing address**

DART CHART SYSTEMS, LLC
ATTN: OFFICER, GENERAL OR MANAGING AGENT
3825 W. GREEN TREE ROAD
MILWAUKEE, WI 53209

**$27,000.00**

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VENDOR

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.45**   **Nonpriority creditor's name and mailing address**
DEBRA MILCZARSKI

**As of the petition filing date, the claim is:**                                         $48.51
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
VENDOR

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.46**   **Nonpriority creditor's name and mailing address**
DEPARTMENT OF REVENUE SERVICES
P.O. BOX 2936
HARTFORD, CT 06104-2936

**As of the petition filing date, the claim is:**                                    $85,455.95
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
PENALTIES AND INTEREST

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.47**   **Nonpriority creditor's name and mailing address**
DIANA'S BAKERY
ATTN: OFFICER, GENERAL OR MANAGING AGENT
120 BOWLES RD
AGAWAM, MA 01001

**As of the petition filing date, the claim is:**                                     $1,366.05
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
VENDOR

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.48**   **Nonpriority creditor's name and mailing address**
DOUG CODIANNI
13 WISLOOK ST.
WATERBURY, CT 06705

**As of the petition filing date, the claim is:**                                       $125.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
VENDOR

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

| | Amount of claim |
|---|---|

**3.49** | **Nonpriority creditor's name and mailing address**
EAST BAKING COMPANY
ATTN: OFFICER, GENERAL OR MANAGING AGENT
104 WHITING FARMS ROAD
HOLYOKE, MA 01040

**As of the petition filing date, the claim is:**   $33.84
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
VENDOR

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.50** | **Nonpriority creditor's name and mailing address**
EFK OF CT DB NELSON AMBUL
ATTN: OFFICER, GENERAL OR MANAGING AGENT
P.O. BOX 188
NORTH HAVEN, CT 06473

**As of the petition filing date, the claim is:**   $125.51
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
VENDOR

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.51** | **Nonpriority creditor's name and mailing address**
EMCOR SERVICES
ATTN: OFFICER, GENERAL OR MANAGING AGENT
367 RESEARCH PARKWAY
MERIDEN, CT 06450-7148

**As of the petition filing date, the claim is:**   $5,062.01
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
VENDOR

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.52** | **Nonpriority creditor's name and mailing address**
EVERSOURCE
ATTN: OFFICER, GENERAL OR MANAGING AGENT
P.O. BOX 650034
DALLAS, TX 75265-0034

**As of the petition filing date, the claim is:**   $7,418.24
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
UTILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name   **Spectrum Healthcare Derby, LLC**   Case number (if known): **16-21636**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.53**  **Nonpriority creditor's name and mailing address**
FIRE PROTECTION TESTING, INC.
ATTN: OFFICER, GENERAL OR MANAGING AGENT
1701 HIGHLAND AVE #4
CHESHIRE, CT 06410

**As of the petition filing date, the claim is:**   $3,909.24
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
VENDOR

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.54**  **Nonpriority creditor's name and mailing address**
FOLLETT CORPORATION
ATTN: OFFICER, GENERAL OR MANAGING AGENT
BOX #2806
PO BOX 8500
PHILADELPHIA, PA 19178-2806

**As of the petition filing date, the claim is:**   $185.36
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
VENDOR

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.55**  **Nonpriority creditor's name and mailing address**
FRONTIER COMMUNICATIONS
ATTN: OFFICER, GENERAL OR MANAGING AGENT
PO BOX20550
ROCHESTER, NY 14602-0550

**As of the petition filing date, the claim is:**   $2,363.47
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
UTILITY
PHONE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.56**  **Nonpriority creditor's name and mailing address**
GERIATRIC MEDICAL
ATTN: OFFICER, GENERAL OR MANAGING AGENT
P.O. BOX 2503
WOBURN, MA 01888-2503

**As of the petition filing date, the claim is:**   $71,799.81
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
VENDOR

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name   **Spectrum Healthcare Derby, LLC** Case number (if known): **16-21636**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.57** **Nonpriority creditor's name and mailing address**
GERICARE, LLC
ATTN: OFFICER, GENERAL OR MANAGING AGENT
464 WOLCOTT RD.
WOLCOTT, CT 06716

**As of the petition filing date, the claim is:** $88.58
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
VENDOR

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.58** **Nonpriority creditor's name and mailing address**
GF HEALTH PRODUCTS, INC.
ATTN: OFFICER, GENERAL OR MANAGING AGENT
P.O. BOX 47510
DORAVILLE, GA 30362-0510

**As of the petition filing date, the claim is:** $32.77
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
VENDOR

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.59** **Nonpriority creditor's name and mailing address**
GRAND LEIGH INC.
65 E. BETHPAGE ROAD, SUITE 400
PLAINVIEW, NY 11803

**As of the petition filing date, the claim is:** $4,820.21
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
VENDOR

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.60** **Nonpriority creditor's name and mailing address**
GREATER VALLEY CHAMBER
ATTN: OFFICER, GENERAL OR MANAGING AGENT
10 PROGRESS DR.
2ND FLOOR
SHELTON, CT 06484

**As of the petition filing date, the claim is:** $200.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
VENDOR

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name **Spectrum Healthcare Derby, LLC** Case number (if known): **16-21636**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

**Amount of claim**

**3.61** **Nonpriority creditor's name and mailing address**
GRIFFIN FACULTY PHYSICIANS
ATTN: OFFICER, GENERAL OR MANAGING AGENT
.67 MAPLE AVE
DERBY, CT 06418

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $47.75
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.62** **Nonpriority creditor's name and mailing address**
GRIFFIN FACULTY PRAC.PLAN
ATTN: OFFICER, GENERAL OR MANAGING AGENT
P.O. BOX 848281
P.O. BOX 428
BOSTON, MA 02284-8281

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $30,724.12
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.63** **Nonpriority creditor's name and mailing address**
GRIFFIN HOSPITAL
ATTN: OFFICER, GENERAL OR MANAGING AGENT
P.O. BOX 337
DERBY, CT 06418

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $105,133.23
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.64** **Nonpriority creditor's name and mailing address**
GUARDIAN
ATTN: OFFICER, GENERAL OR MANAGING AGENT
P.O. BOX 824404
PHILADELPHIA, PA 19182-4404

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $1,362.26
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.65** **Nonpriority creditor's name and mailing address**

H&R HEALTHCARE
ATTN: OFFICER, GENERAL OR MANAGING AGENT
1750 AOK STREET
LAKEWOOD, NJ 08701

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$731.69

---

**3.66** **Nonpriority creditor's name and mailing address**

HEALTHCARE SERVICES GROUP
ATTN: OFFICER, GENERAL OR MANAGING AGENT
3220 TILLMAN DRIVE
SUITE 300
BENSALEM, PA 19020

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$50,068.37

---

**3.67** **Nonpriority creditor's name and mailing address**

HEALTHDRIVE AUDIOLOGY GRP
ATTN: OFFICER, GENERAL OR MANAGING AGENT
888 WORCESTER STREET
WELLESLEY, MA 02482-3744

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$580.15

---

**3.68** **Nonpriority creditor's name and mailing address**

HEALTHDRIVE DENTAL GROUP
ATTN: OFFICER, GENERAL OR MANAGING AGENT
888 WORCESTER STREET
WELLESLEY, MA 02482-3744

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$7,980.00

---

Debtor Name   **Spectrum Healthcare Derby, LLC**   Case number (if known): **16-21636**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

| | | **Amount of claim** |
|---|---|---|

**3.69** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $284.00

HEALTHDRIVE EYECARE
ATTN: OFFICER, GENERAL OR MANAGING AGENT
888 WORCESTER ST
WELLESLEY, MA 02482-3744

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
VENDOR

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.70** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $93.90

HEALTHDRIVE PODIATRY CT
ATTN: OFFICER, GENERAL OR MANAGING AGENT
25 NEEDHAM STREET
NEWTON, MA 02461

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
VENDOR

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.71** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $152.20

HEALTHDRIVE PODIATRY GR
ATTN: OFFICER, GENERAL OR MANAGING AGENT
888 WORCESTER ST
WELLESLEY, MA 02482-3744

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
VENDOR

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.72** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,013.33

HELEN AMBROSE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
VENDOR

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.73** **Nonpriority creditor's name and mailing address**
HOLY TRINITY GREEK ORTHODOX CHURCH
ATTN: OFFICER, GENERAL OR MANAGING AGENT
937 CHASE PARKWAY
WATERBURY, CT 06708

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$150.00

**3.74** **Nonpriority creditor's name and mailing address**
HOME SERVICES & MORE, LLC
ATTN: OFFICER, GENERAL OR MANAGING AGENT
2 COMMERCE DRIVE
NORTH BRANFORD, CT 06471

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$272.70

**3.75** **Nonpriority creditor's name and mailing address**
HPC FOODSERVICE
ATTN: OFFICER, GENERAL OR MANAGING AGENT
P.O. BOX 150473
DEPARTMENT 385
HARTFORD, CT 06115-0473

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$58,022.37

**3.76** **Nonpriority creditor's name and mailing address**
IRON MOUNTAIN
ATTN: OFFICER, GENERAL OR MANAGING AGENT
P.O. BOX 27128
NEW YORK, NY 10087-7128

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$11,711.84

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.77** Nonpriority creditor's name and mailing address

JAMES SHEEHAN
650 HORSE POND RD
MADISON, CT 06443

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

$135.00

**Date or dates debt was incurred**

**Basis for the claim:**
VENDOR

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.78** Nonpriority creditor's name and mailing address

JEFFERSON RADIOLOGY, PC
ATTN: OFFICER, GENERAL OR MANAGING AGENT
PO BOX 95000-3655
PHILADELPHIA, PA 19195-3655

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

$32.37

**Date or dates debt was incurred**

**Basis for the claim:**
VENDOR

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.79** Nonpriority creditor's name and mailing address

JJL BIO-MED SERVICES INC.
ATTN: OFFICER, GENERAL OR MANAGING AGENT
58 EAST OTTER DR.
C/O JEFFREY J. LAFLEUR
TOLLAND, MA 01034

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

$3,474.46

**Date or dates debt was incurred**

**Basis for the claim:**
VENDOR

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.80** Nonpriority creditor's name and mailing address

JON FINDLEY

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

$70.00

**Date or dates debt was incurred**

**Basis for the claim:**
VENDOR

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **Spectrum Healthcare Derby, LLC**    Case number (if known): **16-21636**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.81** | **Nonpriority creditor's name and mailing address**
JOSEPH A BRENES, MD
464 WOLCOTT ROAD
WOLCOTT, CT 06716

As of the petition filing date, the claim is:    $2,525.08
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:
VENDOR

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.82** | **Nonpriority creditor's name and mailing address**
KCI USA
ATTN: OFFICER, GENERAL OR MANAGING AGENT
P.O. BOX 301557
DALLAS, TX 75303-1557

As of the petition filing date, the claim is:    $15,320.35
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:
VENDOR

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.83** | **Nonpriority creditor's name and mailing address**
KRASNOGOR & KRASNOGOR, LLP
ATTN: OFFICER, GENERAL OR MANAGING AGENT
706 BEDFORD ST
STAMFORD, CT 06901

As of the petition filing date, the claim is:    $2,660.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:
VENDOR

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.84** | **Nonpriority creditor's name and mailing address**
KUNZIK CONSTRUCTION CO.
ATTN: OFFICER, GENERAL OR MANAGING AGENT
45 GREAT HILL ROAD
SEYMOUR, CT 06483

As of the petition filing date, the claim is:    $3,997.37
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:
VENDOR

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name   **Spectrum Healthcare Derby, LLC** Document   Page 40 of 67   Case number (if known): **16-21636**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

Amount of claim

**3.85** **Nonpriority creditor's name and mailing address**
LINDA MORASCO

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,143.00

**Date or dates debt was incurred**

**Basis for the claim:**
VENDOR

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.86** **Nonpriority creditor's name and mailing address**
MARTHA KLAY, LLC
ATTN: OFFICER, GENERAL OR MANAGING AGENT
115 EAST STREET
GREAT BARRINGTON, MA 01230

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

$119.30

**Date or dates debt was incurred**

**Basis for the claim:**
VENDOR

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.87** **Nonpriority creditor's name and mailing address**
MICHALIK, BAUER, SILVA & CICCARILLO
ATTN: OFFICER, GENERAL OR MANAGING AGENT
35 PEARL STREET
SUITE 300
NEW BRITIAN, CT 06051-2645

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,055.00

**Date or dates debt was incurred**

**Basis for the claim:**
VENDOR

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.88** **Nonpriority creditor's name and mailing address**
MIDWEST BUSINESS
ATTN: OFFICER, GENERAL OR MANAGING AGENT
P.O. BOX 270655
ST. LOUIS, MO 63127

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

$181.47

**Date or dates debt was incurred**

**Basis for the claim:**
VENDOR

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **Spectrum Healthcare Derby, LLC**    Case number (if known): **16-21636**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

|  | | Amount of claim |
|---|---|---|

**3.89** **Nonpriority creditor's name and mailing address**

MOBILEXUSA
ATTN: OFFICER, GENERAL OR MANAGING AGENT
P.O. BOX 17462
BALTIMORE, MD 21297-0518

**As of the petition filing date, the claim is:**    $14,372.20

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VENDOR

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.90** **Nonpriority creditor's name and mailing address**

NEHCE WELFARE AND PENSION FUND
ATTN: OFFICER, GENERAL OR MANAGING AGENT
77 HUYSHOPE AVE 2ND FLOOR
HARTFORD, CT 06106

**As of the petition filing date, the claim is:**    $37,017.55

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VENDOR

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.91** **Nonpriority creditor's name and mailing address**

NEHCEHPF COMPLIANCE DEPT.
ATTN: OFFICER, GENERAL OR MANAGING AGENT
77 HUYSHOPE AVENUE
2ND FLOOR
HARTFORD, CT 06106

**As of the petition filing date, the claim is:**    $25,715.63

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VENDOR

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.92** **Nonpriority creditor's name and mailing address**

NEW ENGLAND HEALTH CARE
ATTN: OFFICER, GENERAL OR MANAGING AGENT
77 HUYSHOPE AVE
HARTFORD, CT 06106

**As of the petition filing date, the claim is:**    $10.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VENDOR

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name   **Spectrum Healthcare Derby, LLC**   Case number (if known): **16-21636**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

|  | Amount of claim |
|---|---|

**3.93** Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is:    $33.95

NEW HAVEN RADIOLOGY ASSOC
ATTN: OFFICER, GENERAL OR MANAGING AGENT
11 LUNAR DR.
WOODBRIDGE, CT 06525-2320

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**    **Basis for the claim:**
VENDOR

**Last 4 digits of account number**    **Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.94** Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is:    $50.00

NICK GRASSO
1 BRIARWOOD CIRCLE
NORTH HAVEN, CT 06473

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**    **Basis for the claim:**
VENDOR

**Last 4 digits of account number**    **Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.95** Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is:    $880.00

NICOLE VENICE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**    **Basis for the claim:**
VENDOR

**Last 4 digits of account number**    **Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.96** Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is:    $34.60

NORTHEAST MEDICAL GROUP - YNHH
ATTN: OFFICER, GENERAL OR MANAGING AGENT
P.O. BOX 417625
BOSTON, MA 02241-7625

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**    **Basis for the claim:**
VENDOR

**Last 4 digits of account number**    **Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name   **Spectrum Healthcare Derby, LLC**   Case number (if known): **16-21636**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

Amount of claim

**3.97**   **Nonpriority creditor's name and mailing address**
OMNICARE OF CT
ATTN: OFFICER, GENERAL OR MANAGING AGENT
525 KNOTTER DR.
LUANN CAMBINO
CHESHIRE, CT 06410

As of the petition filing date, the claim is:                    $97,382.77
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**                    **Basis for the claim:**
VENDOR

**Last 4 digits of account number**                    **Is the claim subject to offset?**
☑ No
☐ Yes

**3.98**   **Nonpriority creditor's name and mailing address**
ONWARD HEALTHCARE
ATTN: OFFICER, GENERAL OR MANAGING AGENT
PO BOX 27421
NEW YORK, NY 10087-7421

As of the petition filing date, the claim is:                    $8,048.94
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**                    **Basis for the claim:**
VENDOR

**Last 4 digits of account number**                    **Is the claim subject to offset?**
☑ No
☐ Yes

**3.99**   **Nonpriority creditor's name and mailing address**
ORTHOPEDIC SPECIALTY GROUP
ATTN: OFFICER, GENERAL OR MANAGING AGENT
75 KINGS HIGHWAY CUTOFF
FAIRFIELD, CT 06824-5340

As of the petition filing date, the claim is:                    $101.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**                    **Basis for the claim:**
VENDOR

**Last 4 digits of account number**                    **Is the claim subject to offset?**
☑ No
☐ Yes

**3.100**   **Nonpriority creditor's name and mailing address**
PATTERSON MEDICAL
ATTN: OFFICER, GENERAL OR MANAGING AGENT
PO BOX 93040
CHICAGO, IL 60673

As of the petition filing date, the claim is:                    $47.93
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**                    **Basis for the claim:**
VENDOR

**Last 4 digits of account number**                    **Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name   **Spectrum Healthcare Derby, LLC** Case number (if known): **16-21636**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.101** **Nonpriority creditor's name and mailing address**
PAUL'S LANDSCAPING
ATTN: OFFICER, GENERAL OR MANAGING AGENT
18 BEVERLY LANE
SHELTON, CT 06484

**As of the petition filing date, the claim is:**                    $2,623.80
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**                    **Basis for the claim:**
VENDOR

**Last 4 digits of account number**                    **Is the claim subject to offset?**
☑ No
☐ Yes

**3.102** **Nonpriority creditor's name and mailing address**
PETAL PUSHER
ATTN: OFFICER, GENERAL OR MANAGING AGENT
6 ELIZABETH ST
DERBY, CT 06418

**As of the petition filing date, the claim is:**                    $243.15
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**                    **Basis for the claim:**
VENDOR

**Last 4 digits of account number**                    **Is the claim subject to offset?**
☑ No
☐ Yes

**3.103** **Nonpriority creditor's name and mailing address**
PHARMERICA
ATTN: OFFICER, GENERAL OR MANAGING AGENT
PO BOX 409251
ATLANTA, GA 30384-9251

**As of the petition filing date, the claim is:**                    $358,935.36
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**                    **Basis for the claim:**
VENDOR

**Last 4 digits of account number**                    **Is the claim subject to offset?**
☑ No
☐ Yes

**3.104** **Nonpriority creditor's name and mailing address**
POWERS GENERATOR
ATTN: OFFICER, GENERAL OR MANAGING AGENT
PO BOX 1005
SWANZEY, NH 03446

**As of the petition filing date, the claim is:**                    $1,182.61
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**                    **Basis for the claim:**
VENDOR

**Last 4 digits of account number**                    **Is the claim subject to offset?**
☑ No
☐ Yes

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**Amount of claim**

| 3.105 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,700.82 |
|---|---|---|---|

PROLINE
DEPT. NO. 385
PO BOX 150473
HARTFORD, CT 06115-0473

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
VENDOR

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.106 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $51.04 |
|---|---|---|---|

R.J. MASE, INC.
ATTN: OFFICER, GENERAL OR MANAGING AGENT
P.O. BOX 2032
NORWALK, CT 06852-2032

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
VENDOR

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.107 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,714.59 |
|---|---|---|---|

READYNURSE
ATTN: OFFICER, GENERAL OR MANAGING AGENT
2602 HIGHLANDS BLVD N
PALM HARBOR, FL 34684

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
VENDOR

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.108 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $19,129.73 |
|---|---|---|---|

REGIONAL WATER AUTHORITY
ATTN: OFFICER, GENERAL OR MANAGING AGENT
90 SARGENT DRIVE
NEW HAVEN, CT 06511

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
VENDOR

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name   **Spectrum Healthcare Derby, LLC** Case number (if known): **16-21636**

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

**Amount of claim**

**3.109**   **Nonpriority creditor's name and mailing address**
RESEARCH SERVICES, LLC
ATTN: OFFICER, GENERAL OR MANAGING AGENT
RIVERDALE FARMS, BLDG 1
124 SIMSBURY ROAD
AVON, CT 06001

**As of the petition filing date, the claim is:**          $884.83
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VENDOR

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.110**   **Nonpriority creditor's name and mailing address**
RJ MASE LLC
ATTN: OFFICER, GENERAL OR MANAGING AGENT
1 TESTA PLACE
SOUTH NORWALK, CT 06854

**As of the petition filing date, the claim is:**          $51.04
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VENDOR

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.111**   **Nonpriority creditor's name and mailing address**
ROBERT GEORGIA

**As of the petition filing date, the claim is:**          $3,017.40
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VENDOR

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.112**   **Nonpriority creditor's name and mailing address**
ROBERT GUASTELLA

**As of the petition filing date, the claim is:**          $483.77
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VENDOR

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name   **Spectrum Healthcare Derby, LLC**   Case number (if known): **16-21636**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Amount of claim

**3.113** | **Nonpriority creditor's name and mailing address**
RYAN BUSINESS SYSTEM
ATTN: OFFICER, GENERAL OR MANAGING AGENT
455 GOVERNOR'S HIGHWAY
SOUTH WINDSOR, CT 06074

As of the petition filing date, the claim is:  $632.78
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
VENDOR

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.114** | **Nonpriority creditor's name and mailing address**
SALVADOR SALGADO
54 JEFFERSON AVENUE
DANBURY, CT 06810

As of the petition filing date, the claim is:  $140.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
VENDOR

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.115** | **Nonpriority creditor's name and mailing address**
SAUCIER MECHANICAL SERVICES
ATTN: OFFICER, GENERAL OR MANAGING AGENT
148 NORTON ST
PLANTSVILLE, CT 06479

As of the petition filing date, the claim is:  $21,627.61
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
VENDOR

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.116** | **Nonpriority creditor's name and mailing address**
SEA ISLE CORPORATION
ATTN: OFFICER, GENERAL OR MANAGING AGENT
P.O. BOX 81021
PITTSBURGH, PA 15217

As of the petition filing date, the claim is:  $4,645.98
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
VENDOR

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name   **Spectrum Healthcare Derby, LLC** Document   Page 48 of 67 Case number (if known): **16-21636**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.117** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $91,252.66
SELECT REHABILITAION, INC.
ATTN: OFFICER, GENERAL OR MANAGING AGENT
550 FRONTAGE ROAD
SUITE 2415
NORTHFIELD, IL 60093

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
VENDOR

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.118** | **Nonpriority creditor's name and mailing address** | | $150.00
SMART MUSIC SERVICES
ATTN: OFFICER, GENERAL OR MANAGING AGENT
PO BOX 3884
WOODBRIDGE, CT 06525

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
VENDOR

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.119** | **Nonpriority creditor's name and mailing address** | | $1,972.00
SOCIAL SECURITY ADMIN
ATTN: OFFICER, GENERAL OR MANAGING AGENT
300 SPRING GARDEN ST
PHILADELPHIA, PA 19123

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
VENDOR

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.120** | **Nonpriority creditor's name and mailing address** | | $130.44
SOUTHERN CT VASCULAR CENTER, LLC
ATTN: OFFICER, GENERAL OR MANAGING AGENT
495 HAWLEY ROAD
#2A
STRATFORD, CT 06614

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
VENDOR

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name    **Spectrum Healthcare Derby, LLC**    Case number (if known): **16-21636**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Amount of claim

---

**3.121**  **Nonpriority creditor's name and mailing address**
ST JOSEPH CHURCH
ATTN: OFFICER, GENERAL OR MANAGING AGENT
32 JEWETT ST
ANSONIA, CT 06401

**As of the petition filing date, the claim is:**    $100.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
VENDOR

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.122**  **Nonpriority creditor's name and mailing address**
ST RAPHAEL'S HOSPITAL
ATTN: OFFICER, GENERAL OR MANAGING AGENT
1450 CHAPEL STREET
NEW HAVEN, CT 06511

**As of the petition filing date, the claim is:**    $24.14
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
VENDOR

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.123**  **Nonpriority creditor's name and mailing address**
STAMPS.COM
ATTN: OFFICER, GENERAL OR MANAGING AGENT
PO BOX
DALLAS, TX 75320-2921

**As of the petition filing date, the claim is:**    $599.95
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
VENDOR

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.124**  **Nonpriority creditor's name and mailing address**
STERICYCLE, INC
ATTN: OFFICER, GENERAL OR MANAGING AGENT
P.O. BOX 6582
CAROL STREAM, IL 60197-6242

**As of the petition filing date, the claim is:**    $1,790.14
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
VENDOR

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name   **Spectrum Healthcare Derby, LLC** Document   Page 50 of 67   Case number (if known): **16-21636**

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

### 3.125

**Nonpriority creditor's name and mailing address**
STORM ENGINE CO.AMBULANCE
ATTN: OFFICER, GENERAL OR MANAGING AGENT
P.O. BOX 503
EAST BERLIN, CT 06023

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
VENDOR

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$3,103.96

### 3.126

**Nonpriority creditor's name and mailing address**
SUBURBAN STATIONERS
ATTN: OFFICER, GENERAL OR MANAGING AGENT
693 HIGH ST
MIDDLETOWN, CT 06457

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
VENDOR

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$2,886.10

### 3.127

**Nonpriority creditor's name and mailing address**
SWALLOWING DIAGNOSTICS
ATTN: OFFICER, GENERAL OR MANAGING AGENT
21 WATERVILLE ROAD
AVON CT 06001-2097

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
VENDOR

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$360.00

### 3.128

**Nonpriority creditor's name and mailing address**
TANYA EAGLES

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
VENDOR

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$37.12

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.129** Nonpriority creditor's name and mailing address

TECHNICAL GAS PRODUCTS O2 SAFE SOLUTIONS
ATTN: OFFICER, GENERAL OR MANAGING AGENT
66 LEONARDO DR.
NORTH HAVEN, CT 06473

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
VENDOR

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

$28,358.84

**3.130** Nonpriority creditor's name and mailing address

THE NURSE NETWORK, LLC
ATTN: OFFICER, GENERAL OR MANAGING AGENT
P.O. BOX 982
SOUTHINGTON, CT 06489

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
VENDOR

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

$30,603.76

**3.131** Nonpriority creditor's name and mailing address

THE WAREHOUSE STORE
ATTN: OFFICER, GENERAL OR MANAGING AGENT
84 PROGRESS LANE
WATERBURY, CT 06705

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
VENDOR

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

$4,265.00

**3.132** Nonpriority creditor's name and mailing address

TOOLS 4 DATA, LLC
ATTN: OFFICER, GENERAL OR MANAGING AGENT
176 ROUTE 81, SUITE 4A
KILLINGWORTH, CT 06419

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
VENDOR

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

$3,914.88

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.133** | **Nonpriority creditor's name and mailing address** | | $792.36
TRI-STATE SURGICAL & SUP
ATTN: OFFICER, GENERAL OR MANAGING AGENT
409 HOYT ST
CALLER # 319021
BROOKLYN, NY 11231

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
VENDOR

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.134** | **Nonpriority creditor's name and mailing address** | | $1,604.55
TRIPLE A SUPPLIES, INC.
ATTN: OFFICER, GENERAL OR MANAGING AGENT
50 JEANNE DR.
NEWBURGH, NY 12550

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
VENDOR

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.135** | **Nonpriority creditor's name and mailing address** | | $2,175.00
UNITED HEALTHCARE MEDICARE SOLUTIONS
ATTN: RECOVERY SERVICES
PO BOX 740804
ATLANTA, GA 30374-0804

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
VENDOR

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.136** | **Nonpriority creditor's name and mailing address** | | $39,714.96
UNITED ILLUMINATING
ATTN: OFFICER, GENERAL OR MANAGING AGENT
P.O. BOX 9230
CHELSEA, MA 02150-9230

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
UTILITY
ELECTRIC

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name    **Spectrum Healthcare Derby, LLC**    Case number (if known): **16-21636**

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

| | Amount of claim |
| --- | --- |

**3.137**  **Nonpriority creditor's name and mailing address**

US BIOSERVICES
ATTN: OFFICER, GENERAL OR MANAGING AGENT
3200 INTERNET BLVD
FRISCO, TX 75034-1950

**As of the petition filing date, the claim is:**    $3,224.49

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VENDOR

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.138**  **Nonpriority creditor's name and mailing address**

VALLEY EMS
ATTN: OFFICER, GENERAL OR MANAGING AGENT
P.O. BOX 131
BEACON FALLS, CT 06403

**As of the petition filing date, the claim is:**    $648.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VENDOR

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.139**  **Nonpriority creditor's name and mailing address**

VALLEY ORTHOPAEDIC
ATTN: OFFICER, GENERAL OR MANAGING AGENT
11 121 WAKELEE AVE.
ANSONIA, CT 06401

**As of the petition filing date, the claim is:**    $100.79

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VENDOR

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.140**  **Nonpriority creditor's name and mailing address**

VALLEY TRANSIT
ATTN: OFFICER, GENERAL OR MANAGING AGENT
41 MAIN STREET
DERBY, CT 06418

**As of the petition filing date, the claim is:**    $2,560.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VENDOR

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **Spectrum Healthcare Derby, LLC**    Case number (if known): **16-21636**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

---

**3.141**    **Nonpriority creditor's name and mailing address**

VOICEFRIEND, LLC
ATTN: OFFICER, GENERAL OR MANAGING AGENT
PO BOX 600312
NEWTONVILLE, MA 02460

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VENDOR

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$630.00

---

**3.142**    **Nonpriority creditor's name and mailing address**

WELD POWER SERVICE COMPANY
ATTN: OFFICER, GENERAL OR MANAGING AGENT
1529 GRAFTON RD
MILLBURY, MA 01527

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VENDOR

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$265.88

---

**3.143**    **Nonpriority creditor's name and mailing address**

WESLEY THOUIN
PO BOX 1211
MANCHESTER, CT 06045

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VENDOR

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$100.00

---

**3.144**    **Nonpriority creditor's name and mailing address**

WILLIAM HEMENWAY

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VENDOR

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,370.00

---

Debtor Name    **Spectrum Healthcare Derby, LLC**    Case number (if known): **16-21636**

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.145** | **Nonpriority creditor's name and mailing address**
WINTERS BROS. WASTE SYSTEMS OF CT
ATTN: OFFICER, GENERAL OR MANAGING AGENT
P.O. BOX 1937
DANBURY CT 06813-1937

**As of the petition filing date, the claim is:**    $5,277.52
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
VENDOR

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.146** | **Nonpriority creditor's name and mailing address**
WPCA
ATTN: OFFICER, GENERAL OR MANAGING AGENT
CITY OF DERBY
1 ELIZABETH ST.
DERBY, CT 06418

**As of the petition filing date, the claim is:**    $17,758.33
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
UTILITY
SEWER

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.147** | **Nonpriority creditor's name and mailing address**
WPCA, CITY OF ANSONIA
ATTN: OFFICER, GENERAL OR MANAGING AGENT
P.O. BOX 178
ANSONIA, CT 06401

**As of the petition filing date, the claim is:**    $2,430.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
VENDOR

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.148** | **Nonpriority creditor's name and mailing address**
YALE NEW HAVEN HOSPITAL
ATTN: OFFICER, GENERAL OR MANAGING AGENT
P.O. BOX 1403
NEW HAVEN, CT 06505-1403

**As of the petition filing date, the claim is:**    $165.96
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
VENDOR

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name   **Spectrum Healthcare Derby, LLC**   Case number (if known): **16-21636**

## Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

|  | Amount of claim |
|---|---|

**3.149** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$30.00**

YALE PODIATRY GROUP
ATTN: OFFICER, GENERAL OR MANAGING AGENT
364 EAST MAIN ST
ANSONIA, CT 06401

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
VENDOR

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name  **Spectrum Healthcare Derby, LLC**    Case number (if known): **16-21636**

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

Debtor Name

| | |
|---|---|
| **5a. Total claims from Part 1** | $774,798.10 |
| **5b. Total claims from Part 2** | $1,498,405.44 |
| **5c. Total claims of Parts 1 and 2**<br>Lines 5a + 5b = 5c | $2,273,203.54 |

| | |
|---|---|
| Debtor Name | **Spectrum Healthcare Derby, LLC** |
| **United States Bankruptcy Court for the  District of Connecticut** | |
| Case number (if known): | **16-21636** |

[X] Check if this is an
amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible.  If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

[ ] No. Check this box and file this form with the court with the debtor's other schedules.  There is nothing else to report on this form.

[X] Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B)

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | EXECUTORY CONTRACT OR UNEXPIRED LEASE | |
|---|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | EXECUTORY CONTRACT OR UNEXPIRED LEASE | **ADVANCE HEALTHCARE STAFFERS** |
| | State the term remaining  List the contract number of any government contract | | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | EXECUTORY CONTRACT OR UNEXPIRED LEASE | **ADVANCED DENTAL OFFICE**  **ATTN: OFFICER, GENERAL OR MANAGING AGENT**  **MOBILE SERVICES**  **1250 SUMMER STREET, SUITE 302**  **STAMFORD, CT 06905** |
| | State the term remaining  List the contract number of any government contract | | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | EXECUTORY CONTRACT OR UNEXPIRED LEASE | **ADVANCED STAFFING ASSOC.**  **ATTN: OFFICER, GENERAL OR MANAGING AGENT**  **55 WHITING ST.**  **SUITE 1B**  **PLAINVILLE, CT 06062** |
| | State the term remaining  List the contract number of any government contract | | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | EXECUTORY CONTRACT OR UNEXPIRED LEASE | **AETNA AMBULANCE SERVICE, INC**  **PO BOX 1150**  **MANCHESTER, CT 06045** |
| | State the term remaining  List the contract number of any government contract | | |
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | EXECUTORY CONTRACT OR UNEXPIRED LEASE | **AMERICAN MEDICAL RESPONSE**  **ATTN: OFFICER, GENERAL OR MANAGING AGENT**  **55 CHURCH STREET**  **NEW HAVEN, CT 06510** |
| | State the term remaining  List the contract number of any government contract | | |

Debtor Name   **Spectrum Healthcare Derby, LLC**   Case number (if known): **16-21636**

**█ Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.6 | State what the contract or lease is for and the nature of the debtor's interest | EXECUTORY CONTRACT OR UNEXPIRED LEASE | ANTHEM BCBS ATTN: OFFICER, GENERAL OR MANAGING AGENT P.O. BOX 1050 NORTH HAVEN, CT 06473 |
| | State the term remaining List the contract number of any government contract | | |
| 2.7 | State what the contract or lease is for and the nature of the debtor's interest | EXECUTORY CONTRACT OR UNEXPIRED LEASE | AUTOMATED LOGIC CONNECTICUT ATTN: OFFICER, GENERAL OR MANAGING AGENT 29 N. PLAINS HIGHWAY #17 WALLINGFORD, CT 06492 |
| | State the term remaining List the contract number of any government contract | | |
| 2.8 | State what the contract or lease is for and the nature of the debtor's interest | EXECUTORY CONTRACT OR UNEXPIRED LEASE | CAHCF ATTN: OFFICER, GENERAL OR MANAGING AGENT 111 FOUNDERS PLAZA SUITE 1002 EAST HARTFORD, CT 06108 |
| | State the term remaining List the contract number of any government contract | | |
| 2.9 | State what the contract or lease is for and the nature of the debtor's interest | EXECUTORY CONTRACT OR UNEXPIRED LEASE | CH IN CAL GAS PRODUCTS, INC 66 LEONARDO DRIVE NORTH HAVEN, CT 06473 |
| | State the term remaining List the contract number of any government contract | | |
| 2.10 | State what the contract or lease is for and the nature of the debtor's interest | EXECUTORY CONTRACT OR UNEXPIRED LEASE | CINTAS P.O. BOX 630803 CINCINNATI, OH 45263-0803 |
| | State the term remaining List the contract number of any government contract | | |
| 2.11 | State what the contract or lease is for and the nature of the debtor's interest | LEASE - PERSONAL PROPERTY EQUIPMENT LEASE - PATIENT BEDS LESSEE | COACTIV CAPITAL PARTNERS, LLC 655 BUSINESS CENTER DRIVE STE 250 HORSHAM, PA 19044 |
| | State the term remaining List the contract number of any government contract | | |

Debtor Name    **Spectrum Healthcare Derby, LLC**    Case number (if known): **16-21636**

## Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.12 | State what the contract or lease is for and the nature of the debtor's interest | **EXECUTORY CONTRACT OR UNEXPIRED LEASE** | **COMCAST**<br>**ATTN: OFFICER, GENERAL OR MANAGING AGENT**<br>**P.O. BOX 1577**<br>**NEWARK, NJ 07101-1577** |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.13 | State what the contract or lease is for and the nature of the debtor's interest | **EXECUTORY CONTRACT OR UNEXPIRED LEASE** | **CONNECTICARE, INC.**<br>**ATTN: OFFICER, GENERAL OR MANAGING AGENT**<br>**P.O. BOX 30726**<br>**HARTFORD, CT 06150** |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.14 | State what the contract or lease is for and the nature of the debtor's interest | **EXECUTORY CONTRACT OR UNEXPIRED LEASE** | **DIRECTV**<br>**ATTN: OFFICER, GENERAL OR MANAGING AGENT**<br>**P.O. BOX 60036**<br>**LOS ANGELES, CA 90060-0036** |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.15 | State what the contract or lease is for and the nature of the debtor's interest | **EXECUTORY CONTRACT OR UNEXPIRED LEASE** | **EXCEL NURSING SERVICES, INC**<br>**83 NORTH MONSON RD**<br>**HAMPDEN, MA 01036** |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.16 | State what the contract or lease is for and the nature of the debtor's interest | **EXECUTORY CONTRACT OR UNEXPIRED LEASE** | **FSI FIRE SYSTEMS, INC**<br>**ATTN: OFFICER, GENERAL OR MANAGING AGENT**<br>**TWELVE OAKS BUSINESS PARK**<br>**375 MORGAN LAN**<br>**WEST HAVEN, CT 06516** |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.17 | State what the contract or lease is for and the nature of the debtor's interest | **EXECUTORY CONTRACT OR UNEXPIRED LEASE** | **GORDON O. HOLDER, DDS**<br>**971 MARSHALL PHELPS RD.**<br>**WINDSOR, CT 06095** |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor Name   **Spectrum Healthcare Derby, LLC**    Case number (if known): **16-21636**

## Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.18 | State what the contract or lease is for and the nature of the debtor's interest | EXECUTORY CONTRACT OR UNEXPIRED LEASE | GRIFFIN HOSPITAL<br>ATTN: OFFICER, GENERAL OR MANAGING AGENT<br>130 DIVISION STREET<br>P.O. BOX 337<br>DERBY, CT 06418 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.19 | State what the contract or lease is for and the nature of the debtor's interest | EXECUTORY CONTRACT OR UNEXPIRED LEASE | HEALTH DRIVE DENTAL GROUP<br>ATTN: OFFICER, GENERAL OR MANAGING AGENT<br>85 BARNES ROAD<br>SUITE 207<br>WALLINGFORD, CT 06492 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.20 | State what the contract or lease is for and the nature of the debtor's interest | EXECUTORY CONTRACT OR UNEXPIRED LEASE | INVACARE SUPPLY GROUP<br>P.O. BOX 642878<br>PITISBURGH, PA 15264-2878 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.21 | State what the contract or lease is for and the nature of the debtor's interest | EXECUTORY CONTRACT OR UNEXPIRED LEASE | JOSEPH A BRENES, MD<br>464 WOLCOTT ROAD<br>WOLCOTT, CT 06716 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.22 | State what the contract or lease is for and the nature of the debtor's interest | EXECUTORY CONTRACT OR UNEXPIRED LEASE | KUNZIK CONSTRUCTION CO.<br>3 SAUQUETT LANE<br>SEYMOUR, CT 06483 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.23 | State what the contract or lease is for and the nature of the debtor's interest | EXECUTORY CONTRACT OR UNEXPIRED LEASE | MDIACHIEVE<br>ATTN: OFFICER, GENERAL OR MANAGING AGENT<br>7690 GOLDEN TRIANGLE DRIVE<br>EDEN PRAIRIE, MN 55344 |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor Name   **Spectrum Healthcare Derby, LLC**   Case number (if known): **16-21636**

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | EXECUTORY CONTRACT OR UNEXPIRED LEASE | |
|---|---|---|---|
| 2.24 | State what the contract or lease is for and the nature of the debtor's interest | | MED ESSENTIALS<br>ATTN: OFFICER, GENERAL OR MANAGING AGENT<br>PO BOX 343<br>NEW HARTFORD, CT 06057 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.25 | State what the contract or lease is for and the nature of the debtor's interest | EXECUTORY CONTRACT OR UNEXPIRED LEASE | MEDICAL OUTPATIENT SERVICES<br>ATTN: OFFICER, GENERAL OR MANAGING AGENT<br>525 KNOTTER DRIVE<br>CHESHIRE, CT 06410 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.26 | State what the contract or lease is for and the nature of the debtor's interest | EXECUTORY CONTRACT OR UNEXPIRED LEASE | MSN |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.27 | State what the contract or lease is for and the nature of the debtor's interest | EXECUTORY CONTRACT OR UNEXPIRED LEASE | NELSON AMBULANCE SERVICE<br>P.O. BOX 188<br>NORTH HAVEN, CT 06473 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.28 | State what the contract or lease is for and the nature of the debtor's interest | EXECUTORY CONTRACT OR UNEXPIRED LEASE | NURSE NETWORK<br>ATTN: OFFICER, GENERAL OR MANAGING AGENT<br>P.O. BOX 982<br>SOUTHINGTON, CT 06489 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.29 | State what the contract or lease is for and the nature of the debtor's interest | EXECUTORY CONTRACT OR UNEXPIRED LEASE | ONWARD HEALTHCARE<br>ATTN: OFFICER, GENERAL OR MANAGING AGENT<br>PO BOX 27421<br>NEW YORK, NY 10087-7421 |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor Name   **Spectrum Healthcare Derby, LLC**   Case number (if known): **16-21636**

| | Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | |
|---|---|---|
| 2.30 | State what the contract or lease is for and the nature of the debtor's interest | EXECUTORY CONTRACT OR UNEXPIRED LEASE |
| | | PRIME CARE SERVICES, INC<br>520 SYKES ROAD<br>FALL RIVER, MA 02720 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.31 | State what the contract or lease is for and the nature of the debtor's interest | EXECUTORY CONTRACT OR UNEXPIRED LEASE |
| | | QUALITY CARE FOR THE ELDERLY |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.32 | State what the contract or lease is for and the nature of the debtor's interest | EXECUTORY CONTRACT OR UNEXPIRED LEASE |
| | | QUALITY MEDICAL STAFFING |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.33 | State what the contract or lease is for and the nature of the debtor's interest | EXECUTORY CONTRACT OR UNEXPIRED LEASE |
| | | RCMS CONTROLS |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.34 | State what the contract or lease is for and the nature of the debtor's interest | EXECUTORY CONTRACT OR UNEXPIRED LEASE |
| | | READYNURSE<br>ATTN: OFFICER, GENERAL OR MANAGING AGENT<br>2602 HIGHLANDS BLVD N<br>PALM HARBOR, FL 34684 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.35 | State what the contract or lease is for and the nature of the debtor's interest | EXECUTORY CONTRACT OR UNEXPIRED LEASE |
| | | RYAN BUSINESS SYSTEMS, INC.<br>ATTN: OFFICER, GENERAL OR MANAGING AGENT<br>455 GOVERNOR'S HIGHWAY<br>SOUTH WINDSOR, CT 06074 |
| | State the term remaining | |
| | List the contract number of any government contract | |

Debtor Name   **Spectrum Healthcare Derby, LLC**   Case number (if known): **16-21636**

---

### Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.36 | State what the contract or lease is for and the nature of the debtor's interest | EXECUTORY CONTRACT OR UNEXPIRED LEASE | SAUCIER MECHANICAL SERVICES INC ATTN: OFFICER, GENERAL OR MANAGING AGENT 148 NORTON STREET PLANTSVILLE, CT 06479 |
| | State the term remaining List the contract number of any government contract | | |
| 2.37 | State what the contract or lease is for and the nature of the debtor's interest | UNION AGREEMENT | SEIU HEAL THCARE 1199NE ATTN: OFFICER, GENERAL OR MANAGING AGENT 77 HUYSHOPE AVE. HARTFORD, CT 06106 |
| | State the term remaining List the contract number of any government contract | | |
| 2.38 | State what the contract or lease is for and the nature of the debtor's interest | EXECUTORY CONTRACT OR UNEXPIRED LEASE | SELECT ENERGY INC. ATTN: OFFICER, GENERAL OR MANAGING AGENT PO. BOXI32' HARTFORD, CT 06142 |
| | State the term remaining List the contract number of any government contract | | |
| 2.39 | State what the contract or lease is for and the nature of the debtor's interest | EXECUTORY CONTRACT OR UNEXPIRED LEASE | SENTRICON - YALE TERMITE & PEST ELIMINATION |
| | State the term remaining List the contract number of any government contract | | |
| 2.40 | State what the contract or lease is for and the nature of the debtor's interest | EXECUTORY CONTRACT OR UNEXPIRED LEASE | SIMPLEX/GRINNELL ATTN: OFFICER, GENERAL OR MANAGING AGENT 80 CLARK DR. UNIT 5D EAST BERLIN, CT 06023 |
| | State the term remaining List the contract number of any government contract | | |
| 2.41 | State what the contract or lease is for and the nature of the debtor's interest | MANAGEMENT AGREEMENT | SPECTRUM HEALTH CARE, LLC ATTN: OFFICER, GENERAL OR MANAGING AGENT 27 NAEK ROAD VERNON, CT 06066 |
| | State the term remaining List the contract number of any government contract | | |

Debtor Name   **Spectrum Healthcare Derby, LLC**   Case number (if known): **16-21636**

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.42 | State what the contract or lease is for and the nature of the debtor's interest | EXECUTORY CONTRACT OR UNEXPIRED LEASE | SWALLOWING DIAGNOSTICS, LLC<br>ATTN: OFFICER, GENERAL OR MANAGING AGENT<br>PO BOX 484<br>AVON, CT 06001 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.43 | State what the contract or lease is for and the nature of the debtor's interest | EXECUTORY CONTRACT OR UNEXPIRED LEASE | TELE MEDIA COMPANY<br>ATTN: OFFICER, GENERAL OR MANAGING AGENT<br>80 GREAT HILL RD<br>SEYMOUR, CT 06483-2299 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.44 | State what the contract or lease is for and the nature of the debtor's interest | EXECUTORY CONTRACT OR UNEXPIRED LEASE | WINTERS BROS WASTE SYSTEMS CT<br>ATTN: OFFICER, GENERAL OR MANAGING AGENT<br>P.O. BOX 1937<br>DANBURY, CT 06813-1937 |
| | State the term remaining<br>List the contract number of any government contract | | |

| Debtor Name | **Spectrum Healthcare Derby, LLC** |
|---|---|

**United States Bankruptcy Court for the  District of Connecticut**

Case number (if known):        **16-21636**

☒ Check if this is an
amended filing

Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible.  If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any codebtors?**

☐ No. Check this box and file this form with the court with the debtor's other schedules.  There is nothing else to report on this form.

☒ Yes.

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.**    Include all guarantors and co-obligors.  In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed.  If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | **Check all schedules that apply** |
| 2.1  **BRIAN DICKSTEIN** | 27 NAEK ROAD<br>VERNON, CT 06066 | MidCap Funding IV Trust, a Delaware statutory trust | ☑ D<br>☐ E/F<br>☐ G |
| 2.2  **HOWARD DICKSTEIN** | 27 NAEK ROAD<br>VERNON, CT 06066 | MidCap Funding IV Trust, a Delaware statutory trust | ☑ D<br>☐ E/F<br>☐ G |
| 2.3  **SEAN MURPHY** | 27 NAEK ROAD<br>VERNON, CT 06066 | MidCap Funding IV Trust, a Delaware statutory trust | ☑ D<br>☐ E/F<br>☐ G |

| Debtor Name | Spectrum Healthcare Derby, LLC |
| --- | --- |
| **United States Bankruptcy Court for the District of Connecticut** | |
| **Case Number:** | 16-21636 |

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING - Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets- Real and Personal Property*     (Official Form 206 A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property*     (Official Form 206 D)

☑ *Schedule E/F: Creditors Who Have Claims Unsecured Claims*     (Official Form 206 E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases*     (Official Form 206 G)

☑ *Schedule H: Executory Contracts and Unexpired Leases*     (Official Form 206 H)

☑ *Summary of Assets and Liabilities for Non-Individuals*     (Official Form 206Sum)

☑ *Amended Schedule*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders*  (Official Form 204)

☐ *Other document that requires a declaration*

I, the Chief Financial Officer of the Spectrum Healthcare Derby, LLC, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of 67 sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Executed on: 12/8/2016
                    MM / DD / YYYY

Signature _____ /s/Sean Murphy _____

Sean Murphy
Printed Name

Chief Financial Officer
Title